IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONNIE BRYANT, ET AL.**     **PLAINTIFFS**

VS.     **CIVIL ACTION NO. 1:07cv1126-LG-RHW**

**PRIME HOLDINGS INSURANCE
SERVICES, INC., ET AL.**     **DEFENDANTS**

## AGREED ORDER TO DISMISS

THIS MATTER comes before the Court on the Motion to Dismiss [112] filed by the defendants, Prime Holdings Insurance Services, Inc. and Prime Insurance Company. The plaintiffs have agreed to dismiss without prejudice two defendants, Prime Holdings Insurance Services, Inc., and Prime Insurance Company, from the above-styled action. The Court, having heard and considered the motion, finds that the Motion to Dismiss these two defendants is well-taken.

**IT IS HEREBY ORDERED AND ADJUDICATED** that the Motion to Dismiss [112] is **GRANTED**. The defendants, Prime Holdings Insurance Services, Inc. and Prime Insurance Company, are hereby dismissed without prejudice from the above-styled proceeding, with each party to bear its own costs and fees. All claims against the remaining defendants are to be unaffected by this Order.

**SO ORDERED AND ADJUDGED** this the 29th day of December, 2008.

                           s/ *Louis Guirola, Jr.*
                           Louis Guirola, Jr.
                           United States District Judge

Agreed by:
s/ R. Gregg Mayer
Ross F. Bass, Jr. (MSB# 2186)
Justin L. Matheny (MSB# 100754)
R. Gregg Mayer (MSB# 102232)
Attorneys for Defendants

s/ Ian L. Baker
Virginia L. LoCoco (MSB# 8483)
Ian L. Baker (MSB# 102272)
Attorneys for Plaintiffs