SOUTHERN DISTRICT OF MISSISSIPPI

JAN 19 2010

J. T. NOBLIN, CLERK
BY _____ DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE BRYANT and | § | |
| PATRICIA BRYANT | § | **PLAINTIFFS** |
| | § | |
| v. | § | Civil Action No. 1:07CV1126-LG-RHW |
| | § | |
| THE PRIME INSURANCE | § | |
| SYNDICATE, INC. and | § | |
| JOHN DOES 1-10 | § | **DEFENDANTS** |

### SPECIAL VERDICT FORM

### BREACH OF CONTRACT

1. Do you find by a preponderance of the evidence that Prime breached its insurance contract with the Bryants?

     _____ Yes                    ✓ No

Note: If your answer to Question 1 is "Yes," please move to Question 2. If your answer to Question 1 is "No," please proceed to page 3, Finalization of the Verdict.

2. Please provide the amount of damages caused by Prime's breach of contract, if any.

     _____        (This amount cannot exceed the remaining policy limits of $30,327.77.)

Note: Please proceed to page 2.

## TORTIOUS/NEGLIGENT BREACH OF CONTRACT

3. Do you find by a preponderance of the evidence that Prime did not have an arguable or legitimate basis for placing the "full and final settlement" language on the initial check sent to the Bryants?

_____ Yes                              _____ No

Note: If your answer to Question 3 is "Yes," please move to Question 4. If your answer to Question 3 is "No," please proceed to page 3, Finalization of the Verdict.

4. Do you find by a preponderance of the evidence that Prime's breach proximately caused extracontractual damages to the Bryants?

_____ Yes                              _____ No

Note: If your answer to Question 4 is "Yes," please move to Question 5. If your answer to Question 4 is "No," please proceed to page 3, Finalization of the Verdict.

5. Please provide any extracontractual damages suffered by the Bryants. (Please do not include the amounts specified in response to Question 2).

_____    Additional Expense

_____    Additional Inconvenience

_____    Emotional Distress

Note: Please proceed to page 3, Finalization of the Verdict.

2

## FINALIZATION OF THE VERDICT

Please complete the following information:

1\19\2010

Date

s/signature redacted

Signature of the Foreperson