IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE BRYANT and<br>PATRICIA BRYANT | §<br>§<br>§ | PLAINTIFFS |
| v. | § | Civil Action No. 1:07CV1126-LG-RHW |
| | § | |
| THE PRIME INSURANCE<br>SYNDICATE, INC. and<br>JOHN DOES 1-10 | §<br>§<br>§ | DEFENDANTS |

**ORDER DENYING PLAINTIFFS' MOTION FOR JUDGMENT AS A
MATTER OF LAW AND FOR RECONSIDERATION OF SUMMARY
JUDGMENT DENYING BAD FAITH PUNITIVE DAMAGES**

**BEFORE THE COURT** is the plaintiffs' Motion for Judgment as a Matter of Law and for Reconsideration of Summary Judgment Denying Bad Faith Punitive Damages [237], which was filed on the morning of the last day of trial. For the reasons stated by the Court on the record at the close of the plaintiffs' case in chief and after the plaintiffs finally rested, the Court finds that the Motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiffs' Motion for Judgment as a Matter of Law and for Reconsideration of Summary Judgment Denying Bad Faith Punitive Damages [237] is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge