IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE BRYANT and<br>PATRICIA BRYANT | § §<br>§ | PLAINTIFFS |
| v. | § § | Civil Action No. 1:07CV1126-LG-RHW |
| THE PRIME INSURANCE<br>SYNDICATE, INC. and<br>JOHN DOES 1-10 | § §<br>§<br>§ | DEFENDANTS |

### JUDGMENT ON A JURY VERDICT

This action was tried by a jury with Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict. It is ordered that the plaintiffs recover nothing, the action be dismissed on the merits, and the defendant recover costs from the plaintiffs.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE