# Invoice

## Serpas & Associates, LLC
### Certified Court Reporters



*A PROFESSIONAL COURT REPORTING FIRM*
220 Delta Drive
Mandeville, LA 70448
Tax I.D. # 20-1318855

| DATE | INVOICE # |
|---|---|
| 10/10/2008 | 24407 |

| ATTORNEY |
|---|
| JUSTIN L. MATHENY, ESQ. |

| SHIP VIA |
|---|
| PRIORITY MAIL |

| TERMS | REPORTER |
|---|---|
| Due on receipt | T. WH |

| BILL TO |
|---|
| PHELPS DUNBAR<br>111 EAST CAPITAL STREET, STE. 600<br>JACKSON, MS 39201 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1 COPY, 1 COMPLIMENTARY CONDENSED TRANSCRIPT, COLORED & BW EXHIBITS COPIED BINDED<br><br>DEPOSITION OF: LEONARD QUICK<br><br>TAKEN ON: SEPTEMBER 29, 2008<br><br>in the matter of: RONNIE BRYANT, ET AL<br><br>vs<br><br>PRIME HOLDINGS INSURANCE SERVICES, INC., ET AL | 275.40 |

NEW ORLEANS
ENTERED
OCT 2 4 2008

20 569934

X _____ RICK BASS (253)

RECEIVED
OCT 22 2008
JACKSON ACCOUNTING

*WE APPRECIATE YOUR BUSINESS.*
***COVERING DEPOSITIONS ANYWHERE IN LA***

**Total** $275.40

| Phone # | Fax # | E-mail |
|---|---|---|
| (985)-951-7255 /800-526-8720 | 985-626-3239 | hjserpas@charter.net |

**EXHIBIT A**

| DATE | INVOICE # | G/L # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|
| 10/10/08 | 24407 | 202010100000 | 17373-5 | 275.40 |

PHELPS DUNBAR, L.L.P.     OPERATING ACCOUNT     CHECK NO. 922025

JP Morgan Chase Bank, N.A.
New Orleans, Louisiana

**PHELPS DUNBAR, L.L.P.**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

CHECK NO. **922025**
84-13/654

DATE 11/03/08

CHECK AMOUNT

$******275.40

PAY TWO HUNDRED SEVENTY-FIVE AND 40/100 DOLLAR

TO THE ORDER OF

**Serpas & Associates, LLC**
**Certified Court Reporters**
220 Delta Drive
Mandeville, LA 70448

NEW ORLEANS OPERATING ACCOUNT

C922025C A065400137A 702172628C

# Gulf Reporting Service

Invoice

visit our web site at www.gulfreporting.com

Post Office Box 130

Pass Christian, MS 39571

Phone: (504) 908-5417    Fax: (228) 222-4552

| Invoice Date | Invoice # |
|---|---|
| Wednesday, October 22, 2008 | 2516Ins |

570574 73.5

NEW ORLEANS
ENTERED

OCT 3 1 2008

15

Justin L. Matheny
Phelps Dunbar
111 East Capitol Street
Suite 600
Jackson, MS 39225-3066

Approved BB 0253
10/29/08
dcp1

Phone: (601) 352-2300    Fax: (601) 360-9777

| Witness: | Ronnie Bryant |
| Case: | Ronnie Bryant, et al. vs. Prime Holdings Insurance Services. |
| Venue: | Southern District of Mississippi |
| Case #: | 1:07CV1126-LG-RH |
| Date: | 9/26/2008 |
| Start Time: | 9:30 AM |
| End Time: | : 0 |
| Reporter: | Cindy La Cour |
| Claim #: | |
| File #: | |

RECEIVED OCT 3 1 2008 ACCOUNTING NEW ORLEANS 551PAL

| Description |
|---|
| Original |
| Condensed Transcript |
| Exhibits Attached |
| Read and Sign Sent to Ms. LoCoco |
| Postage / Delivery |

| | |
|---|---|
| Sub Total | $1,654.00 |
| Payments | $0.00 |
| Balance Due | $1,654.00 |

Fed. I.D. # 41-2162731

| PHELPS DUNBAR, L.L.P. | | OPERATING ACCOUNT | | CHECK NO.922558 |
|---|---|---|---|---|
| DATE | INVOICE # | G/L # | INVOICE DESCRIPTION | AMOUNT PAID |
| 10/22/08 | 2516LNS ✓ | 202010100000 | 17373-5 | 1,654.00 |

JP Morgan Chase Bank, N.A.
New Orleans, Louisiana

DATE 11/17/08

**PHELPS DUNBAR, L.L.P.**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

CHECK NO. 922558
84-13/654

CHECK AMOUNT

$*****1,654.00

PAY  ONE THOUSAND SIX HUNDRED FIFTY-FOUR AND 00/100 DOLLAR

TO THE
ORDER OF

**Gulf Reporting Service, L.L.C.**
P O Box 130
Pass Christian, MS 39571

NEW ORLEANS OPERATING ACCOUNT

C922558C  A065400137A    702172628C



# INVOICE

## CitiCourt
### THE REPORTING GROUP
170 South Main Street, Suite 300, Salt Lake City, UT 84101
TOLL FREE: 877.532.3441  PH: 801.532.3441  FAX: 801.532.3414

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28696 | 12/18/2008 | 21061 |
| Job Date | Case No. | |
| 12/9/2008 | 1:07CV1126-LG-RHW | |
| Case Name | | |
| Bryant vs. Prime Holdings Insurance | | |
| Payment Terms | | |
| Net 30, 1.5% per month plus fees * | | |

Ross F. Bass
Phelps Dunbar
111 E. Captial Street, Suite 600
Jackson, MS 39225

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Doug Murray                                                                570.75

                                                       **TOTAL DUE >>>     $570.75**

COMPLIMENTARY CONDENSED TRANSCRIPT
   Thank you for using CitiCourt.

*When paid by credit card add 3% surcharge

*[handwritten:]* Approved
*[signature]*
12/19/08
Prime/Bryant

17373.5
dep

---

Tax ID: 87-0661285                                                        Phone:   Fax:

*Please detach bottom portion and return with payment.*

Ross F. Bass
Phelps Dunbar
111 E. Captial Street, Suite 600
Jackson, MS 39225

Job No.    : 21061         BU ID    :1-CITI
Case No.   : 1:07CV1126-LG-RHW
Case Name  : Bryant vs. Prime Holdings Insurance

Invoice No. : 28696          Invoice Date : 12/18/2008
**Total Due : $ 570.75**

Remit To:  CitiCourt, LLC
           170 South Main, Suite 300
           Salt Lake City, UT 84101

**PAYMENT WITH CREDIT CARD**   AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:          Card Security Code:

NEW ORLEANS ENTERED
JAN 1 3 2009   577108

15 Approved
Roshorn
1|8|09
Ross F. Bass, Jr.
dep 0253

17373.5

RECEIVED
JAN - 9 2009
JACKSON ACCOUNTING

RECEIVED
JAN 13 2009
ACCOUNTING
NEW ORLEANS

Nimmer Court Reporting
7322 Lake Boulevard
Spanish Fort, AL 36527
251-626-2727
Snimmer@bellsouth.net

# INVOICE

Justin L. Matheny
PHELPS DUNBAR
Post Office Box 23066
Jackson, MS  39225-3066

Deposition in Ronnie Bryant, et al., v. Prime Holdings Insurance Services, et al.
Date: December 18, 2008
Deponent:  David Dye

| | |
|---|---|
| 174 Pages | $696.00 |
| 1 Travel | $ 25.00 |
| 1 CD ASCII | $ 25.00 |
| 100 Exhibits | $ 35.00 |
| 1 day per diem | $200.00 |
| Read and Sign | $ 30.00 |
| Postage | $ 12.00 |

$1023.00

Send Payment to:
Sabrina Nimmer
Tax ID# 419159309
7322 Lake Boulevard
Spanish Fort, AL 36527

| PHELPS DUNBAR, L.L.P. | | OPERATING ACCOUNT | | CHECK NO. 924897 |
|---|---|---|---|---|
| DATE | INVOICE # | G/L # | INVOICE DESCRIPTION | AMOUNT PAID |
| 12/18/08 | 121808 | 202010100000 | 17373-5 | 1,023.00 |

JP Morgan Chase Bank, N.A.
New Orleans, Louisiana

DATE 01/20/09

**PHELPS DUNBAR, L.L.P.**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

CHECK NO. 924897

84-13/654

CHECK AMOUNT

$*****1,023.00

PAY ONE THOUSAND TWENTY-THREE AND 00/100 DOLLAR

TO THE ORDER OF
Nimmer Court Reporting
7322 Lake Blvd.
Spanish Fort, AL 36527

NEW ORLEANS OPERATING ACCOUNT

C924897C A065400137A. 702172628C

# INVOICE

Brooks Court Reporting, Inc.
2105 5th Street Suite A.
 ridian, MS 39301
 one:601-362-1995  Fax:601-362-2445

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8217 | 1/9/2009 | 4898 |
| Job Date | Case No. | |
| 1/6/2009 | | |
| Case Name | | |
| Ronnie Bryant & Patricia Bryant v. The Prime Insurance Syndicate, Inc., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert Gregg Mayer
Phelps Dunbar, L.L.P.
111 E. Capitol St., Ste. 600
P.O. Box 23066
Jackson, MS 39225-3006

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Kenneth Maynor                                                                      426.10

                                                  TOTAL DUE >>>           $426.10
                                                  AFTER 4/9/2009 PAY      $468.71

577574
NEW ORLEANS
ENTERED
JAN 16 2009

RECEIVED          RECEIVED
JAN 16 2009       JAN 14 2009
ACCOUNTING        JACKSON ACCOUNTING
NEW ORLEANS

**Tax ID:** 64-0803598                                    Phone: 601-352-2300   Fax:601-360-9777

*Please detach bottom portion and return with payment.*

Robert Gregg Mayer
Phelps Dunbar, L.L.P.
111 E. Capitol St., Ste. 600
P.O. Box 23066
Jackson, MS 39225-3006

Remit To: **Brooks Court Reporting, Inc.**
**2105 5th Street Suite A.**
**Meridian, MS 39301**

Invoice No.  : 8217
Invoice Date : 1/9/2009
**Total Due** : **$ 426.10**
AFTER 4/9/2009 PAY $468.71

Job No.  : 4898
BU ID    : 1-MAIN
Case No. :
Case Name : Ronnie Bryant & Patricia Bryant v. The Prime Insurance Syndicate, Inc., et al

| PHELPS DUNBAR, L.L.P. | | OPERATING ACCOUNT | | CHECK NO.925397 |
|---|---|---|---|---|
| DATE | INVOICE # | G/L # | INVOICE DESCRIPTION | AMOUNT PAID |
| 01/09/09 | 8217 | 202010100000 | 17373-5 | 426.10 |

JP Morgan Chase Bank, N.A.
New Orleans, Louisiana

DATE    02/02/09

**PHELPS DUNBAR, L.L.P.**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

CHECK NO. 925397
84-13/654

CHECK AMOUNT

$******426.10

PAY   FOUR HUNDRED TWENTY-SIX AND 10/100 DOLLAR

TO THE
ORDER OF

Brooks Court Reporting, Inc.
2105 5th Street
Suite A
Meridian, MS 39301

NEW ORLEANS OPERATING ACCOUNT

C925397C  A065400137A    702172628C



SetDepo
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Telephone (404) 524-1700
Toll Free (800) 451-3376
Fax (866) 590-3205

www.setdepo.com

*Approved 17373-0005*
*Ross F. Bass*
*dep*

NEW ORLEANS
ENTERED
JAN 1 6 2009

## Invoice # SD49767

| Invoice Date | Terms |
|---|---|
| 12/13/2008 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROSS BASS, JR., ESQ.
PHELPS, DUNBAR, LLP - JACKSON
SUITE 600
111 EAST CAPITOL STREET
JACKSON, MS 39225-3066

15
577515

| Assignment | Case | SD File | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/18/2008 | BRYANT vs. PRIME HOLDERS INSURANCE | 21069 | 12/04/2008 | F-S-O |

| Description | |
|---|---|

Copy Transcript of DON COKER



RECEIVED
JAN 14 2009
JACKSON ACCOUNTING

RECEIVED
JAN 1 6 2009
ACCOUNTING
NEW ORLEANS

**LOCATION OF DEPOSITION: D'IBERVILLE, MS**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 701.90 |
| Paid: | $ 0.00 |
| Balance Due: | $ 701.90 |
| Payment Due: | 01/12/2009 |

After Due Date Pay This Amount: $ 789.64

Tax Number: 20-4254236

| DATE | INVOICE # | G/L # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|
| 12/13/08 | SD49767 | 202010100000 | 17373-5 | 701.90 |

PHELPS DUNBAR, L.L.P.  OPERATING ACCOUNT  CHECK NO.924911

**PHELPS DUNBAR, L.L.P.**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

JP Morgan Chase Bank, N.A.
New Orleans, Louisiana

DATE    01/20/09

CHECK NO. 924911
84-13/654

CHECK AMOUNT

$*******701.90

PAY   SEVEN HUNDRED ONE AND 90/100 DOLLAR

TO THE
ORDER OF

SetDepo, LLC
P. O. Box 934157
Atlanta, GA 31193-4157

NEW ORLEANS OPERATING ACCOUNT

C924911C A065400137A    702172628C

Coast-Wide Reporters
POST OFFICE BOX 95
BILOXI, MISSISSIPPI 39533-0095
(228) 374-5066
TAX ID # 64-0796301

Justin L. Matheny, Esquire
Phelps Dunbar, L.L.P.
111 East Capitol Street, Suite 600
Jackson, Mississippi 39225

January 20, 2009

Invoice# 16667

Balance: $178.55

Caption: Ronnie Bryant, et al vs Prime Holdings Ins.
Services Syndicate
Scheduled: 01/09/09 Billed: 01/20/09
Reporter: LISA HOOD BROWN, CSR

I n v o i c i n g   I n f o r m a t i o n

RECEIVED
JAN 2 6 2009
ACCOUNTING
NEW ORLEANS

| Charge Description | Amount |
|---|---|
| Transcript Copy: | 138.00 |
| Exhibit Reproduction: | 34.55 |
| Postage & Handling: | 6.00 |

The deposition of David J. Favre, Sr. taken on the
9th day of January, 2009.

Civil Action No.: 1:07cv1126-LG-RHW

dep
17373.5
Please pay

P l e a s e   R e m i t ---> Total Due: $178.55

508309
NEW ORLEANS
ENTERED
JAN 2 6 2009

We Appreciate Your Business!

20

| PHELPS DUNBAR, L.L.P. | | OPERATING ACCOUNT | | CHECK NO. 925996 |
|---|---|---|---|---|
| DATE | INVOICE # | G/L # | INVOICE DESCRIPTION | AMOUNT PAID |
| 01/20/09 | 16667 | 202010100000 | 17373-5 | 178.55 |

JP Morgan Chase Bank, N.A.
New Orleans, Louisiana

DATE  02/17/09

**PHELPS DUNBAR, L.L.P.**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

CHECK NO. 925996
84-13/654

CHECK AMOUNT

$*******178.55

PAY   ONE HUNDRED SEVENTY-EIGHT AND 55/100 DOLLAR

TO THE
ORDER OF

Coast-Wide Reporters
P. O. Box 95
Biloxi, MS 39533-0095

NEW ORLEANS OPERATING ACCOUNT

C925996C  A065400137A        702172628C

**Henderson & Associates Court Reporters, Inc.**
Post Office Box 2263
Mobile, AL 36652
Phone #: (251)694-0950 Fax #: (251)694-7930

*Approved*
*Prime (Bryant)*
*Ross F. Bass, Jr.*
*17373-0005 dep*

To:

| ROSS F. BASS, JR. |
| LAW OFFICE OF PHELPS DUNBAR, L.L.P. |
| 111 EAST CAPITOL STREET, SUITE 600 |
| JACKSON, MS 39225 |

RE: BRYANT VS. PRIME HOLDINGS INSURANCE ET AL

Deposed: MCBRIDE

Deposition Date: 2/10/2009

Employer I.D. No. 63-1183616

| Statement Date: |
| --- |
| 2/13/2009 |

| Invoice No. |
| --- |
| 32,473 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

YULUNDAMARSHALL

| Code | Description | Charges |
| --- | --- | --- |
| 03 | Copy of Transcript - DAVID MCBRIDE | 342.50 |
| 05 | Copy of Exhibits | 34.20 |
| 04 | Condensed Transcript | 20.00 |
| 07 | ASCii CD | 10.00 |
| 06 | Postage - FEDEX | 22.00 |

To ensure proper credit, please enclose a copy of this invoice with payment.
We also accept Visa & Mastercard credit card payments!

**Total:** 428.70

**TOTAL BALANCE DUE:** 428.70

17373.5

# DRV, INC.
(Darity Reporting & Video)
P.O. Box 20001
Macon, Georgia 31205
(478) 405-5565 Phone   (478) 785-6756 Fax
Tax ID: 20-0630433

February 7, 2009

Mr. Ross F. Bass, Jr.
Phelps Dunbar, L.L.P.
111 East Capitol Street, Suite 600
P.O. Box 23066
Jackson, MS 39225-3066

| Invoice Number |
| --- |
| TD 19012 |

Re:  Horner 1/21/09 - USDC, Southern Dist. of Mississippi, Southern Div. - Ronnie Bryant and Patricia Bryant v. Prime Holdings Insurance Services, Inc., et al. #1:07cv1126-LG-RHW

Description of Services

| Copy of Transcript | Depo. of Michael G. Horner, Esq. |

Invoice total:     $469.80

If paid by 3/10/09, please pay $391.50.

Terms: Due Upon Receipt

Thank you!

PLEASE RETURN A COPY OF THE INVOICE WITH YOUR PAYMENT.

*Submitted for payment 2/16 fw*

## Gulf Reporting Service

visit our web site at www.gulfreporting.com
Post Office Box 130

Pass Christian, MS 39571
Phone: (228) 222-4549    Fax: (228) 222-4552

**Invoice**

Thursday, February 26, 2009    2726Ins

Gregg Mayer
Phelps Dunbar
111 East Capitol Street
Suite 600
Jackson, MS 39225-3066



MAR 0 6 2009

ACCOUNTING
NEW ORLEANS

Phone:    (601) 352-2300    Fax:    (601) 360-9777

| | |
|---|---|
| Witness: | David LeBlanc |
| Case: | Ronnie Bryant, et al. vs. Prime Holdings Insurance Services. |
| Venue: | Southern District of Mississippi |
| Case #: | 1:07CV1126-LG-RH |
| Date: | 12/8/2008 |
| Start Time: | 9:00 AM |
| End Time: | :0 |
| Reporter: | Cindy La Cour |
| Claim #: | |
| File #: | 698PAL |

582424
NEW ORLEANS
ENTERED
MAR 0 6 2009

Original
Condensed Transcript
Exhibits Black and White
Postage / Delivery

|  |  |
|---|---|
| Sub Total | $473.35 |
| Payments | $0.00 |
| Balance Due | $473.35 |

/3203
17373-5
def

Fed. I.D. # 41-2162731
*Net Payable 30 Days*

RECEIVED
MAR - 4 2009
JACKSON ACCOUNTING

| PHELPS DUNBAR, L.L.P. | | OPERATING ACCOUNT | | CHECK NO. 927309 |
|---|---|---|---|---|
| DATE | INVOICE # | G/L # | INVOICE DESCRIPTION | AMOUNT PAID |
| 02/26/09 | 2726LNS | 202010100000 | 17373-5 | 473.35 |

JP Morgan Chase Bank, N.A.
New Orleans, Louisiana

DATE  03/23/09

**PHELPS DUNBAR, L.L.P.**
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534

CHECK NO. 927309
84-13/654

CHECK AMOUNT

$******473.35

PAY  FOUR HUNDRED SEVENTY-THREE AND 35/100 DOLLAR

TO THE
ORDER OF

Gulf Reporting Service, L.L.C.
P O Box 130
Pass Christian, MS 39571

NEW ORLEANS OPERATING ACCOUNT

C927309C  A065400137A    702172628C

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT |
|---|---|
| | FOR THE SOUTHERN DISTRICT MISSISSIPPI |

INVOICE NO: 00000138

**MAKE CHECKS PAYABLE TO:**

ROSS F. BASS, JR.
PHELPS DUNBAR - JACKSON OFFICE
POST OFFICE BOX 23066
JACKSON, MS 39225-3066

Phone: (601) 352-2300
FAX: (601) 360-9777

TERI NORTON, RMR, FCRR
UNITED STATES COURT REPORTER
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501

Phone: (228) 563-1748
FAX (228) 563-1733
Tax ID: ▓▓▓▓▓▓
teri_norton@mssd.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-20-2010 | DATE DELIVERED: 01-20-2010 |
|---|---|---|---|

Case Style: 1:07CV1126, RONNIE & PATRICIA BRYANT v PRIME INSURANCE SYNDICATE
JURY TRIAL - 1/11/2010 THROUGH 1/19/2010

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 915 | 3.65 | 3,339.75 | | | | | | | 3,339.75 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 905 | 3.05 | 2,760.25 | | | | | | | 2,760.25 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 6,100.00 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | Amt: | | | | | | TOTAL DUE: | | $6,100.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE *Teri Norton* DATE 01-20-2010

(All previous editions of this form are cancelled and should be destroyed)