| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/26/2007 | 02684 | | | | | | | 5501822 |
| 01/14/2008 | | | | | | | | |
| 12/17/2007 | 79920 | Tracey B. Ezell | pho | 860.00 | 0.25 | 215.00 | Photocopies Internal | 5523668 |
| 01/14/2008 | | Invoice=676759 | | 860.00 | 0.25 | 215.00 | | |
| 12/17/2007 | 79495 | | | | | | | 5524243 |
| 01/14/2008 | | | | | | | | |
| 12/17/2007 | 79495 | | | | | | | 5524244 |
| 01/14/2008 | | | | | | | | |
| 12/18/2007 | 09994 | | | | | | | 5523143 |
| 01/14/2008 | | | | | | | | |
| 01/22/2008 | 09994 | | | | | | | 5551080 |
| 01/31/2008 | | | | | | | | |
| 01/22/2008 | 02684 | | | | | | | 5551715 |
| 01/31/2008 | | | | | | | | |
| 02/13/2008 | 02684 | | | | | | | 5570265 |
| 02/29/2008 | | | | | | | | |
| 02/22/2008 | 09994 | | | | | | | 5585965 |
| 02/29/2008 | | | | | | | | |
| 03/06/2008 | 02684 | | | | | | | 5594984 |
| 03/31/2008 | | | | | | | | |
| 03/07/2008 | 79920 | Tracey B. Ezell | pho | 141.00 | 0.25 | 35.25 | Photocopies Internal | 5596174 |
| 03/31/2008 | | Invoice=686240 | | 141.00 | 0.25 | 35.25 | | |
| 03/07/2008 | 79495 | | | | | | | 5596630 |
| 03/31/2008 | | | | | | | | |
| 03/07/2008 | 79495 | | | | | | | 5596631 |
| 03/31/2008 | | | | | | | | |
| 03/13/2008 | 09994 | | | | | | | 5601369 |
| 03/31/2008 | | | | | | | | |
| 04/10/2008 | 79920 | Tracey B. Ezell | pho | 48.00 | 0.25 | 12.00 | Photocopies Internal | 5626188 |
| 04/30/2008 | | Invoice=689297 | | 48.00 | 0.25 | 12.00 | | |
| 04/29/2008 | 79647 | Alanda Jones | pho | 212.00 | 0.25 | 53.00 | Photocopies Internal | 5643933 |
| 05/31/2008 | | Invoice=692016 | | 212.00 | 0.25 | 53.00 | | |
| 05/01/2008 | 02684 | | | | | | | 5647682 |
| 05/31/2008 | | | | | | | | |
| 05/01/2008 | 02684 | | | | | | | 5647683 |
| 05/31/2008 | | | | | | | | |
| 05/05/2008 | 79920 | Tracey B. Ezell | pho | 2.00 | 0.25 | 0.50 | Photocopies Internal | 5650261 |
| 05/31/2008 | | Invoice=692016 | | 2.00 | 0.25 | 0.50 | | |
| 05/05/2008 | 79920 | Tracey B. Ezell | pho | 120.00 | 0.25 | 30.00 | Photocopies Internal | 5650262 |
| 05/31/2008 | | Invoice=692016 | | 120.00 | 0.25 | 30.00 | | |
| 05/05/2008 | 79495 | | | | | | | 5650946 |
| 05/31/2008 | | | | | | | | |
| 05/05/2008 | 79495 | | | | | | | 5650947 |
| 05/31/2008 | | | | | | | | |
| 05/12/2008 | 79920 | Tracey B. Ezell | pho | 55.00 | 0.25 | 13.75 | Photocopies Internal | 5656526 |
| 05/31/2008 | | Invoice=692016 | | 55.00 | 0.25 | 13.75 | | |
| 05/12/2008 | 79495 | | | | | | | 5656956 |
| 05/31/2008 | | | | | | | | |
| 05/12/2008 | 79495 | | | | | | | 5656957 |
| 05/31/2008 | | | | | | | | |

EXHIBIT
tabbies
B

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/16/2008 05/31/2008 | 09994 | | | | | | | 5661487 |
| 06/30/2008 07/31/2008 | 09994 | | | | | | | 5699479 |
| 07/18/2008 07/31/2008 | 09994 | | | | | | | 5717241 |
| 07/22/2008 07/31/2008 | 02684 | | | | | | | 5721217 |
| 07/29/2008 08/31/2008 | 02684 | | | | | | | 5726124 |
| 07/29/2008 08/31/2008 | 79495 | | | | | | | 5726588 |
| 07/29/2008 08/31/2008 | 79495 | | | | | | | 5726589 |
| 08/19/2008 08/31/2008 | 79920 | | | | | | | 5746576 |
| 09/05/2008 10/31/2008 | 09994 | | | | | | | 5775411 |
| 09/08/2008 10/31/2008 | 02684 | | | | | | | 5760200 |
| 09/10/2008 10/31/2008 | 79920 | | | | | | | 5763438 |
| 09/25/2008 10/31/2008 | 79648 | | | | | | | 5777021 |
| 09/25/2008 10/31/2008 | 02419 | | | | | | | 5777022 |
| 09/25/2008 10/31/2008 | 79647 | | | | | | | 5777023 |
| 09/25/2008 10/31/2008 | 02684 | | | | | | | 5788234 |
| 09/26/2008 10/31/2008 | 02684 | | | | | | | 5781415 |
| 09/29/2008 10/31/2008 | 02684 | | | | | | | 5781416 |
| 10/24/2008 10/31/2008 | 02684 | | | | | | | 5803751 |
| 10/31/2008 10/31/2008 | 00253 | | | | | | | 5808821 |
| 11/10/2008 11/30/2008 | 01952 | | | | | | | 5817137 |
| 11/10/2008 | 00000 | | | | | | | 5825861 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/30/2008 | | | | | | | | |
| 11/11/2008 | 79688 | | | | | | | 5818982 |
| 11/30/2008 | | | | | | | | |
| 11/11/2008 | 00000 | | | | | | | 5825862 |
| 11/30/2008 | | | | | | | | |
| 11/12/2008 | 02684 | | | | | | | 5820362 |
| 11/30/2008 | | | | | | | | |
| 11/12/2008 | 02684 | | | | | | | 5825863 |
| 11/30/2008 | | | | | | | | |
| 11/12/2008 | 00000 | | | | | | | 5825864 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 02684 | | | | | | | 5823768 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 01939 | | | | | | | 5823769 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 02684 | | | | | | | 5825865 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 00000 | | | | | | | 5825866 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 01939 | | | | | | | 5825012 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79688 | | | | | | | 5825013 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79688 | | | | | | | 5825014 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 02419 | | | | | | | 5825015 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79688 | | | | | | | 5825016 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79920 | Tracey B. Ezell | pho | 210.00 | 0.25 | 52.50 | Photocopies Internal | 5825017 |
| 11/30/2008 | | Invoice=711827 | | 210.00 | 0.25 | 52.50 | | |
| 11/18/2008 | 02419 | Jennifer L. Pickett | pho | 20.00 | 0.25 | 5.00 | Photocopies Internal | 5825018 |
| 11/30/2008 | | Invoice=711827 | | 20.00 | 0.25 | 5.00 | | |
| 11/18/2008 | 79495 | | | | | | | 5825510 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79495 | | | | | | | 5825511 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79495 | | | | | | | 5825512 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79495 | | | | | | | 5825513 |
| 11/30/2008 | | | | | | | | |
| 11/19/2008 | 02684 | Justin L. Matheny | pho | 32.00 | 0.25 | 8.00 | Photocopies Internal | 5826553 |
| 11/30/2008 | | Invoice=711827 | | 32.00 | 0.25 | 8.00 | | |
| 11/20/2008 | 00253 | | | | | | | 5831531 |
| 11/30/2008 | | | | | | | | |
| 11/20/2008 | 00253 | | | | | | | 5831532 |
| 11/30/2008 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/20/2008 | 00253 | | | | | | | 5831533 |
| 11/30/2008 | | | | | | | | |
| 11/20/2008 | 00253 | | | | | | | 5831534 |
| 11/30/2008 | | | | | | | | |
| 11/24/2008 | 02419 | Jennifer L. Pickett | pho | 5.00 | 0.25 | 1.25 | Photocopies Internal | 5830129 |
| 11/30/2008 | | Invoice=711827 | | 5.00 | 0.25 | 1.25 | | |
| 12/01/2008 | 79920 | | | | | | | 5834946 |
| 12/31/2008 | | | | | | | | |
| 12/01/2008 | 02684 | | | | | | | 5834947 |
| 12/31/2008 | | | | | | | | |
| 12/02/2008 | 02684 | | | | | | | 5835969 |
| 12/31/2008 | | | | | | | | |
| 12/02/2008 | 01952 | | | | | | | 5835970 |
| 12/31/2008 | | | | | | | | |
| 12/03/2008 | 79688 | | | | | | | 5838047 |
| 12/31/2008 | | | | | | | | |
| 12/03/2008 | 02419 | | | | | | | 5838048 |
| 12/31/2008 | | | | | | | | |
| 12/03/2008 | 02419 | | | | | | | 5838049 |
| 12/31/2008 | | | | | | | | |
| 12/03/2008 | 02419 | | | | | | | 5838050 |
| 12/31/2008 | | | | | | | | |
| 12/03/2008 | 00000 | | | | | | | 5841823 |
| 12/31/2008 | | | | | | | | |
| 12/04/2008 | 02684 | | | | | | | 5848237 |
| 12/31/2008 | | | | | | | | |
| 12/05/2008 | 02419 | | | | | | | 5840730 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850403 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850404 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850405 |
| 12/31/2008 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/07/2008 | 00253 | | | | | | | 5850407 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850408 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850409 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850410 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850411 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850412 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850413 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00000 | | | | | | | 5852490 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 02419 | | | | | | | 5842668 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 03203 | | | | | | | 5848252 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 00253 | | | | | | | 5850406 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 02684 | | | | | | | 5852491 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 02419 | | | | | | | 5843827 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 02419 | | | | | | | 5843828 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 02684 | | | | | | | 5852492 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 09994 | | | | | | | 5860135 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/31/2009 | | | | | | | | |
| 12/10/2008 | 00000 | | | | | | | 5852493 |
| 12/31/2008 | | | | | | | | |
| 12/11/2008 | 09994 | | | | | | | 5845746 |
| 12/31/2008 | | | | | | | | |
| 12/15/2008 | 02419 | | | | | | | 5848705 |
| 12/31/2008 | | | | | | | | |
| 12/15/2008 | 00253 | | | | | | | 5848706 |
| 12/31/2008 | | | | | | | | |
| 12/16/2008 | 02419 | | | | | | | 5849721 |
| 12/31/2008 | | | | | | | | |
| 12/17/2008 | 00253 | | | | | | | 5850761 |
| 12/31/2008 | | | | | | | | |
| 12/17/2008 | 02419 | | | | | | | 5850762 |
| 12/31/2008 | | | | | | | | |
| 12/17/2008 | 79647 | | | | | | | 5850763 |
| 12/31/2008 | | | | | | | | |
| 12/18/2008 | 02419 | | | | | | | 5850470 |
| 12/31/2008 | | | | | | | | |
| 12/18/2008 | 02684 | | | | | | | 5867048 |
| 01/31/2009 | | | | | | | | |
| 12/19/2008 | 00253 | | | | | | | 5851495 |
| 12/31/2008 | | | | | | | | |
| 12/19/2008 | 02684 | | | | | | | 5853210 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 00253 | | | | | | | 5853324 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 79920 | | | | | | | 5854264 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 79495 | | | | | | | 5854708 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 79495 | | | | | | | 5854709 |
| 12/31/2008 | | | | | | | | |
| 12/23/2008 | 01939 | | | | | | | 5855135 |
| 12/31/2008 | | | | | | | | |
| 12/29/2008 | 00253 | | | | | | | 5856824 |
| 12/31/2008 | | | | | | | | |
| 01/03/2009 | 00000 | | | | | | | 5866395 |
| 01/31/2009 | | | | | | | | |
| 01/05/2009 | 00253 | | | | | | | 5860583 |
| 01/31/2009 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/05/2009 | 00000 | | | | | | | 5866396 |
| 01/31/2009 | | | | | | | | |
| 01/06/2009 | 00253 | | | | | | | 5861813 |
| 01/31/2009 | | | | | | | | |
| 01/08/2009 | 02419 | | | | | | | 5863833 |
| 01/31/2009 | | | | | | | | |
| 01/08/2009 | 79647 | | | | | | | 5863834 |
| 01/31/2009 | | | | | | | | |
| 01/08/2009 | 02684 | | | | | | | 5863835 |
| 01/31/2009 | | | | | | | | |
| 01/08/2009 | 02684 | | | | | | | 5863836 |
| 01/31/2009 | | | | | | | | |
| 01/08/2009 | 02419 | | | | | | | 5866397 |
| 01/31/2009 | | | | | | | | |
| 01/09/2009 | 09994 | | | | | | | 5864710 |
| 01/31/2009 | | | | | | | | |
| 01/09/2009 | 00000 | | | | | | | 5866398 |
| 01/31/2009 | | | | | | | | |
| 01/09/2009 | 02684 | | | | | | | 5867049 |
| 01/31/2009 | | | | | | | | |
| 01/11/2009 | 00000 | | | | | | | 5876292 |
| 01/31/2009 | | | | | | | | |
| 01/12/2009 | 00000 | | | | | | | 5876293 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 00253 | | | | | | | 5867733 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 02684 | | | | | | | 5868702 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 02419 | | | | | | | 5868703 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 01952 | | | | | | | 5868704 |
| 01/31/2009 | | | | | | | | |
| 01/14/2009 | 02684 | | | | | | | 5869180 |
| 01/31/2009 | | | | | | | | |
| 01/14/2009 | 02419 | | | | | | | 5870730 |
| 01/31/2009 | | | | | | | | |
| 01/14/2009 | 00000 | | | | | | | 5876294 |
| 01/31/2009 | | | | | | | | |
| 01/15/2009 | 79920 | | | | | | | 5871523 |
| 01/31/2009 | | | | | | | | |
| 01/15/2009 | 00000 | | | | | | | 5876295 |
| 01/31/2009 | | | | | | | | |
| 01/16/2009 | 03203 | | | | | | | 5872131 |
| 01/31/2009 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/16/2009 01/31/2009 | 00253 | | | | | | | 5872132 |
| 01/20/2009 01/31/2009 | 00000 | | | | | | | 5876296 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880806 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880807 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880811 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880812 |
| 01/21/2009 01/31/2009 | 00253 | | | | | | | 5880808 |
| 01/21/2009 01/31/2009 | 00253 | | | | | | | 5880809 |
| 01/21/2009 01/31/2009 | 00253 | | | | | | | 5880810 |
| 01/21/2009 02/27/2009 | 00000 | | | | | | | 5882198 |
| 01/22/2009 01/31/2009 | 79920 | | | | | | | 5876822 |
| 01/22/2009 01/31/2009 | 01939 | | | | | | | 5876823 |
| 01/22/2009 02/27/2009 | 00000 | | | | | | | 5882199 |
| 01/26/2009 02/27/2009 | 02684 | | | | | | | 5877541 |
| 01/26/2009 02/27/2009 | 01952 | | | | | | | 5879263 |
| 01/26/2009 02/27/2009 | 01952 | | | | | | | 5879264 |
| 01/26/2009 | 00253 | | | | | | | 5880805 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 02/02/2009 | 02419 | Jennifer L. Pickett | pho | 40.00 | 0.25 | 10.00 | Photocopies Internal | 5885794 |
| 02/27/2009 | | Invoice=721051 | | 40.00 | 0.10 | 4.00 | | |
| 02/05/2009 | 00253 | | | | | | | 5888606 |
| 02/27/2009 | | | | | | | | |
| 02/06/2009 | 00000 | | | | | | | 5892749 |
| 02/27/2009 | | | | | | | | |
| 02/08/2009 | 00253 | | | | | | | 5899962 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/09/2009 | 00253 | | | | | | | 5899963 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/10/2009 | 00253 | | | | | | | 5899964 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/10/2009 | 00253 | | | | | | | 5899965 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/10/2009 | 00253 | | | | | | | 5899968 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899961 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899966 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899969 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899970 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899971 |
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899972 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/27/2009 | | | | | | | | |
| 02/12/2009 | 00253 | | | | | | | 5899967 |
| 02/27/2009 | | | | | | | | |
| 02/13/2009 | 09994 | | | | | | | 5897103 |
| 02/27/2009 | | | | | | | | |
| 02/13/2009 | 02684 | | | | | | | 5897553 |
| 02/27/2009 | | | | | | | | |
| 02/16/2009 | 02684 | | | | | | | 5898643 |
| 02/27/2009 | | | | | | | | |
| 02/19/2009 | 00253 | | | | | | | 5901031 |
| 02/27/2009 | | | | | | | | |
| 02/19/2009 | 00253 | | | | | | | 5901046 |
| 02/27/2009 | | | | | | | | |
| 02/19/2009 | 02419 | | | | | | | 5902249 |
| 02/27/2009 | | | | | | | | |
| 02/25/2009 | 02419 | | | | | | | 5905385 |
| 02/27/2009 | | | | | | | | |
| 02/28/2009 | 00000 | | | | | | | 5908840 |
| 03/30/2009 | | | | | | | | |
| 03/01/2009 | 00000 | | | | | | | 5914911 |
| 03/30/2009 | | | | | | | | |
| 03/02/2009 | 00000 | | | | | | | 5914912 |
| 03/30/2009 | | | | | | | | |
| 03/06/2009 | 03203 | | | | | | | 5913599 |
| 03/30/2009 | | | | | | | | |
| 03/08/2009 | 00000 | | | | | | | 5923323 |
| 03/30/2009 | | | | | | | | |
| 03/09/2009 | 00000 | | | | | | | 5923324 |
| 03/30/2009 | | | | | | | | |
| 03/10/2009 | 01952 | | | | | | | 5916788 |
| 03/30/2009 | | | | | | | | |
| 03/12/2009 | 00253 | | | | | | | 5919261 |
| 03/30/2009 | | | | | | | | |
| 03/16/2009 | 01929 | | | | | | | 5921316 |
| 03/30/2009 | | | | | | | | |
| 03/17/2009 | 09994 | | | | | | | 5921972 |
| 03/30/2009 | | | | | | | | |
| 03/17/2009 | 02684 | | | | | | | 5925512 |
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928419 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928420 |
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928421 |
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928422 |
| 03/30/2009 | | | | | | | | |
| 03/25/2009 | 02419 | | | | | | | 5927612 |
| 03/30/2009 | | | | | | | | |
| 03/25/2009 | 00000 | | | | | | | 5929847 |
| 04/30/2009 | | | | | | | | |
| 03/26/2009 | 02419 | | | | | | | 5928603 |
| 04/30/2009 | | | | | | | | |
| 03/26/2009 | 79495 | | | | | | | 5928853 |
| 04/30/2009 | | | | | | | | |
| 03/27/2009 | 00000 | | | | | | | 5929848 |
| 04/30/2009 | | | | | | | | |
| 04/02/2009 | 79495 | | | | | | | 5936398 |
| 04/30/2009 | | | | | | | | |
| 04/07/2009 | 00000 | | | | | | | 5948403 |
| 04/30/2009 | | | | | | | | |
| 04/13/2009 | 09994 | | | | | | | 5945738 |
| 04/30/2009 | | | | | | | | |
| 04/14/2009 | 00253 | | | | | | | 5946025 |
| 04/30/2009 | | | | | | | | |
| 04/14/2009 | 00000 | | | | | | | 5952030 |
| 04/30/2009 | | | | | | | | |
| 04/17/2009 | 09994 | | | | | | | 5949826 |
| 04/30/2009 | | | | | | | | |
| 04/20/2009 | 00000 | | | | | | | 5957721 |
| 04/30/2009 | | | | | | | | |
| 04/30/2009 | 02684 | | | | | | | 5962662 |
| 05/28/2009 | | | | | | | | |
| 05/04/2009 | 02684 | | | | | | | 5973745 |
| 05/28/2009 | | | | | | | | |
| 05/18/2009 | 09994 | | | | | | | 5978184 |
| 05/28/2009 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 06/02/2009<br>06/30/2009 | 00000 | | | | | | | 5998994 |
| 06/03/2009<br>06/30/2009 | 00000 | | | | | | | 5998995 |
| 06/04/2009<br>06/30/2009 | 02684 | | | | | | | 5998996 |
| 06/04/2009<br>06/30/2009 | 00000 | | | | | | | 5998997 |
| 06/05/2009<br>06/30/2009 | 01939 | | | | | | | 5996766 |
| 06/05/2009<br>06/30/2009 | 00000 | | | | | | | 5998998 |
| 06/08/2009<br>06/30/2009 | 02684 | | | | | | | 6006970 |
| 06/10/2009<br>06/30/2009 | 79920 | | | | | | | 6000983 |
| 06/10/2009<br>06/30/2009 | 02684 | | | | | | | 6006971 |
| 06/17/2009<br>06/30/2009 | 09994 | | | | | | | 6005390 |
| 06/23/2009<br>06/30/2009 | 79920 | | | | | | | 6012685 |
| 07/15/2009<br>07/31/2009 | 09994 | | | | | | | 6034810 |
| 07/15/2009<br>07/31/2009 | 02684 | | | | | | | 6041415 |
| 07/17/2009<br>07/31/2009 | 02684 | | | | | | | 6036733 |
| 08/28/2009<br>09/30/2009 | 02684 | | | | | | | 6076765 |
| 09/16/2009<br>09/30/2009 | 09994 | | | | | | | 6098449 |
| 10/16/2009<br>10/30/2009 | 02684 | | | | | | | 6124146 |
| 10/19/2009<br>10/30/2009 | 02684 | | | | | | | 6143221 |
| 10/19/2009<br>10/30/2009 | 00000 | | | | | | | 6143222 |
| 11/02/2009<br>11/30/2009 | 01952 | | | | | | | 6148715 |
| 11/02/2009<br>11/30/2009 | 01952 | | | | | | | 6148716 |
| 11/02/2009<br>11/30/2009 | 01952 | | | | | | | 6149965 |
| 11/02/2009<br>11/30/2009 | 01952 | | | | | | | 6149966 |
| 11/02/2009<br>11/30/2009 | 01952 | | | | | | | 6149967 |
| 11/02/2009<br>11/30/2009 | 01952 | | | | | | | 6149968 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/03/2009 | 00253 | | | | | | | 6168457 |
| 11/30/2009 | | | | | | | | |
| 11/03/2009 | 00253 | | | | | | | 6168458 |
| 11/30/2009 | | | | | | | | |
| 11/03/2009 | 00253 | | | | | | | 6168459 |
| 11/30/2009 | | | | | | | | |
| 11/03/2009 | 00253 | | | | | | | 6168460 |
| 11/30/2009 | | | | | | | | |
| 11/05/2009 | 02753 | | | | | | | 6157387 |
| 11/30/2009 | | | | | | | | |
| 11/05/2009 | 02876 | | | | | | | 6157388 |
| 11/30/2009 | | | | | | | | |
| 11/23/2009 | 09994 | | | | | | | 6172753 |
| 11/30/2009 | | | | | | | | |
| 11/23/2009 | 01952 | | | | | | | 6173979 |
| 11/30/2009 | | | | | | | | |
| 12/01/2009 | 02684 | | | | | | | 6183947 |
| 12/31/2009 | | | | | | | | |
| 12/08/2009 | 02684 | | | | | | | 6187680 |
| 12/31/2009 | | | | | | | | |
| 12/08/2009 | 02684 | | | | | | | 6191770 |
| 12/31/2009 | | | | | | | | |
| 12/10/2009 | 09994 | | | | | | | 6189847 |
| 12/31/2009 | | | | | | | | |
| 12/10/2009 | 79920 | | | | | | | 6192311 |
| 12/31/2009 | | | | | | | | |
| 12/10/2009 | 79920 | | | | | | | 6192878 |
| 12/31/2009 | | | | | | | | |
| 12/11/2009 | 01952 | | | | | | | 6191397 |
| 12/31/2009 | | | | | | | | |
| 12/11/2009 | 01952 | | | | | | | 6191398 |
| 12/31/2009 | | | | | | | | |
| 12/14/2009 | 02684 | | | | | | | 6200620 |
| 12/31/2009 | | | | | | | | |
| 12/15/2009 | 02684 | | | | | | | 6200621 |
| 12/31/2009 | | | | | | | | |
| 12/18/2009 | 01929 | | | | | | | 6199410 |
| 12/31/2009 | | | | | | | | |
| 12/18/2009 | 01952 | | | | | | | 6199411 |
| 12/31/2009 | | | | | | | | |
| 12/18/2009 | 01952 | | | | | | | 6200006 |
| 12/31/2009 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/21/2009 | 00000 | | | | | | | 6206152 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 79688 | | | | | | | 6202355 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 01929 | | | | | | | 6202835 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 02827 | | | | | | | 6204188 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 03203 | | | | | | | 6206153 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 00000 | | | | | | | 6206154 |
| 12/31/2009 | | | | | | | | |
| 12/23/2009 | 01929 | | | | | | | 6203455 |
| 12/31/2009 | | | | | | | | |
| 12/28/2009 | 79920 | | | | | | | 6204431 |
| 01/27/2010 | | | | | | | | |
| 12/29/2009 | 79688 | | | | | | | 6205436 |
| 01/27/2010 | | | | | | | | |
| 12/29/2009 | 79920 | | | | | | | 6205437 |
| 01/27/2010 | | | | | | | | |
| 12/29/2009 | 79555 | | | | | | | 6205438 |
| 01/27/2010 | | | | | | | | |
| 12/29/2009 | 79920 | | | | | | | 6205439 |
| 01/27/2010 | | | | | | | | |
| 12/29/2009 | 79920 | | | | | | | 6205440 |
| 01/27/2010 | | | | | | | | |
| 12/29/2009 | 02684 | | | | | | | 6205441 |
| 01/27/2010 | | | | | | | | |
| 12/30/2009 | 01929 | | | | | | | 6206418 |
| 01/27/2010 | | | | | | | | |
| 12/30/2009 | 01952 | | | | | | | 6206419 |
| 01/27/2010 | | | | | | | | |
| 12/30/2009 | 09994 | | | | | | | 6207043 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 09994 | | | | | | | 6207048 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 03203 | | | | | | | 6207732 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 03203 | | | | | | | 6207733 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 03203 | | | | | | | 6207734 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 00000 | | | | | | | 6207735 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 00000 | | | | | | | 6207736 |
| 01/27/2010 | | | | | | | | |
| 01/03/2010 | 02684 | | | | | | | 6217552 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/03/2010 01/27/2010 | 03203 | | | | | | | 6217553 |
| 01/04/2010 01/27/2010 | 02876 | | | | | | | 6211460 |
| 01/04/2010 01/27/2010 | 02684 | | | | | | | 6211461 |
| 01/04/2010 01/27/2010 | 02684 | | | | | | | 6211462 |
| 01/04/2010 01/27/2010 | 01952 | | | | | | | 6211463 |
| 01/04/2010 01/27/2010 | 02876 | | | | | | | 6211464 |
| 01/04/2010 01/27/2010 | 02876 | | | | | | | 6211465 |
| 01/04/2010 01/27/2010 | 02876 | | | | | | | 6211466 |
| 01/04/2010 01/27/2010 | 79920 | | | | | | | 6211467 |
| 01/04/2010 01/27/2010 | 02684 | | | | | | | 6217554 |
| 01/04/2010 01/27/2010 | 03203 | | | | | | | 6217555 |
| 01/05/2010 01/27/2010 | 01952 | | | | | | | 6210373 |
| 01/05/2010 01/27/2010 | 02601 | | | | | | | 6210374 |
| 01/05/2010 01/27/2010 | 02601 | | | | | | | 6210375 |
| 01/05/2010 01/27/2010 | 02601 | | | | | | | 6210376 |
| 01/05/2010 01/27/2010 | 02601 | | | | | | | 6210377 |
| 01/05/2010 01/27/2010 | 02684 | | | | | | | 6210378 |
| 01/05/2010 01/27/2010 | 02876 | | | | | | | 6210379 |
| 01/05/2010 01/27/2010 | 02876 | | | | | | | 6210380 |
| 01/05/2010 01/27/2010 | 03203 | | | | | | | 6217556 |
| 01/06/2010 01/27/2010 | 03203 | | | | | | | 6208770 |
| 01/06/2010 01/27/2010 | 03203 | | | | | | | 6208771 |
| 01/06/2010 01/27/2010 | 02684 | | | | | | | 6208772 |
| 01/06/2010 01/27/2010 | 01952 | | | | | | | 6209338 |
| 01/06/2010 01/27/2010 | 09994 | | | | | | | 6216790 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/06/2010 | 00253 | | | | | | | 6230127 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 00253 | | | | | | | 6230128 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 00253 | | | | | | | 6230138 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 00253 | | | | | | | 6230142 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 00253 | | | | | | | 6230143 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 00253 | | | | | | | 6230144 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 00253 | | | | | | | 6230145 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 02601 | | | | | | | 6212299 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 02684 | | | | | | | 6212300 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 79436 | | | | | | | 6212301 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 79920 | | | | | | | 6212302 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 79807 | | | | | | | 6212303 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 79920 | | | | | | | 6212854 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 00253 | | | | | | | 6230129 |
| 01/27/2010 | | | | | | | | |
| 01/07/2010 | 00253 | | | | | | | 6230139 |
| 01/27/2010 | | | | | | | | |
| 01/08/2010 | 00253 | | | | | | | 6212079 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/08/2010 01/27/2010 | 03452 | | | | | | | 6213521 |
| 01/08/2010 01/27/2010 | 79636 | | | | | | | 621.522 |
| 01/08/2010 01/27/2010 | 03452 | | | | | | | 6213523 |
| 01/08/2010 01/27/2010 | 79636 | | | | | | | 6213524 |
| 01/08/2010 01/27/2010 | 03452 | | | | | | | 6214018 |
| 01/08/2010 01/27/2010 | 02684 | | | | | | | 6226519 |
| 01/08/2010 01/27/2010 | 02684 | | | | | | | 6226520 |
| 01/08/2010 01/27/2010 | 02684 | | | | | | | 6226521 |
| 01/08/2010 01/27/2010 | 00253 | | | | | | | 6230130 |
| 01/08/2010 01/27/2010 | 00253 | | | | | | | 6230140 |
| 01/09/2010 01/27/2010 | 02684 | | | | | | | 6214351 |
| 01/09/2010 01/27/2010 | 02684 | | | | | | | 6214352 |
| 01/09/2010 01/27/2010 | 02684 | | | | | | | 6217557 |
| 01/09/2010 01/27/2010 | 02684 | | | | | | | 6226532 |
| 01/09/2010 01/27/2010 | 02684 | | | | | | | 6226533 |
| 01/09/2010 01/27/2010 | 02684 | | | | | | | 6226534 |
| 01/09/2010 01/27/2010 | 02684 | | | | | | | 6226535 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/09/2010 | 02684 | | | | | | | 6226536 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226537 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226538 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226539 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226540 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226541 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226542 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226543 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 00253 | | | | | | | 6230131 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 00253 | | | | | | | 6230141 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 02684 | | | | | | | 6214368 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 02684 | | | | | | | 6214369 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 02684 | | | | | | | 6214370 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 02684 | | | | | | | 6214371 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/10/2010 | 02684 | | | | | | | 6214372 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 02684 | | | | | | | 6214373 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 02684 | | | | | | | 6226522 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 00253 | | | | | | | 6230132 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 02684 | | | | | | | 6222215 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 03203 | | | | | | | 6222216 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 02684 | | | | | | | 6226523 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 02829 | | | | | | | 6226545 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 00253 | | | | | | | 6230133 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00253 | | | | | | | 6214894 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00253 | | | | | | | 6214895 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00000 | | | | | | | 6216348 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 02684 | | | | | | | 6216349 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 79636 | | | | | | | 6216918 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 03203 | | | | | | | 6222217 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 02684 | | | | | | | 6226524 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00253 | | | | | | | 6230134 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/13/2010 | 02827 | | | | | | | 6216792 |
| 01/27/2010 | | | | | | | | |
| 01/13/2010 | 02827 | | | | | | | 6216793 |
| 01/27/2010 | | | | | | | | |
| 01/13/2010 | 03452 | | | | | | | 6216794 |
| 01/27/2010 | | | | | | | | |
| 01/13/2010 | 79436 | | | | | | | 6218115 |
| 01/27/2010 | | | | | | | | |
| 01/13/2010 | 79436 | | | | | | | 6218116 |
| 01/27/2010 | | | | | | | | |
| 01/13/2010 | 02684 | | | | | | | 6226525 |
| 01/27/2010 | | | | | | | | |
| 01/13/2010 | 02829 | | | | | | | 6226546 |
| 01/27/2010 | | | | | | | | |
| 01/13/2010 | 00253 | | | | | | | 6230135 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 09994 | | | | | | | 6219156 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 79436 | | | | | | | 6219709 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02684 | | | | | | | 6219710 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 79636 | | | | | | | 6220227 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02826 | | | | | | | 6222218 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02684 | | | | | | | 6226526 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02829 | | | | | | | 6226544 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 00253 | | | | | | | 6230136 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02829 | | | | | | | 6231888 |
| 01/15/2010 | 03452 | | | | | | | 6220889 |
| 01/27/2010 | | | | | | | | |
| 01/15/2010 | 79636 | | | | | | | 6220890 |
| 01/27/2010 | | | | | | | | |
| 01/15/2010 | 02684 | | | | | | | 6226527 |
| 01/27/2010 | | | | | | | | |
| 01/15/2010 | 00253 | | | | | | | 6230137 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 02826 | | | | | | | 6222219 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 02826 | | | | | | | 6222220 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 00000 | | | | | | | 6222221 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 02684 | | | | | | | 6226528 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02684 | | | | | | | 6221787 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02684 | | | | | | | 6226529 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02829 | | | | | | | 6226547 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02826 | | | | | | | 6226909 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02826 | | | | | | | 6226910 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221808 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221809 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221810 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221811 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221812 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221813 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221814 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221815 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221816 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221817 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221818 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221819 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221820 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221821 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221822 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 02684 | | | | | | | 6221823 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 02684 | | | | | | | 6226530 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 79636 | | | | | | | 6222886 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 79636 | | | | | | | 6222887 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 02684 | | | | | | | 6222888 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 79636 | | | | | | | 6222889 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 02684 | | | | | | | 6226531 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 02829 | | | | | | | 6226548 |
| 01/27/2010 | | | | | | | | |
| 01/20/2010 | 79636 | | | | | | | 6224719 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|      |          |                      |      |          |      |        |             |            |



**The DANCEL Group, Inc.**
10265 Rodriguez Street
D'Iberville, MS 39540
Corporate Office (228) 396-1205
Facsimile (228) 396-1316

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/5/2009 | 2895 |

| Bill To |
|---------|
| LoCoco & LoCoco |
| 10243 Central Ave. |
| D'Iberville, MS 39540 |

| Terms | Due Date | Case Name |
|-------|----------|-----------|
| 1% Int. 30 days | 3/5/2009 | Bryant vs. Prime |

| Date | Qty | Description | Rate | Amount |
|------|-----|-------------|------|--------|
| 3/5/2009 | 8 | Copy CD and DVD | 11.20 | 89.60 |

Thank you for your business.

| **Total** | $89.60 |
|-----------|--------|

$25 charge for all returned checks. Please include invoice # on payment. A service charge of 1% per month (12% annually) will be assessed on all unpaid balances after 30 days. Our tax ID# is 72-1229003. For billing inquiries: 228-396-1205.

| **Balance Due** | $89.60 |
|-----------------|--------|