| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/26/2007 01/14/2008 | 02684 | | | | | | | 5501822 |
| 12/17/2007 01/14/2008 | 79920 | | | | | | | 5523668 |
| 12/17/2007 01/14/2008 | 79495 | | | | | | | 5524243 |
| 12/17/2007 01/14/2008 | 79495 | | | | | | | 5524244 |
| 12/18/2007 01/14/2008 | 09994 | | | | | | | 5523143 |
| 01/22/2008 01/31/2008 | 09994 | | | | | | | 5551080 |
| 01/22/2008 01/31/2008 | 02684 | | | | | | | 5551715 |
| 02/13/2008 02/29/2008 | 02684 | | | | | | | 5570265 |
| 02/22/2008 02/29/2008 | 09994 | | | | | | | 5585965 |
| 03/06/2008 03/31/2008 | 02684 | | | | | | | 5594984 |
| 03/07/2008 03/31/2008 | 79920 | | | | | | | 5596174 |
| 03/07/2008 03/31/2008 | 79495 | | | | | | | 5596630 |
| 03/07/2008 03/31/2008 | 79495 | | | | | | | 5596631 |
| 03/13/2008 03/31/2008 | 09994 | | | | | | | 5601369 |
| 04/10/2008 04/30/2008 | 79920 | | | | | | | 5626188 |
| 04/29/2008 05/31/2008 | 79647 | | | | | | | 5643933 |
| 05/01/2008 05/31/2008 | 02684 | | | | | | | 5647882 |
| 05/01/2008 05/31/2008 | 02684 | | | | | | | 5647883 |
| 05/05/2008 05/31/2008 | 79920 | | | | | | | 5650261 |
| 05/05/2008 05/31/2008 | 79920 | | | | | | | 5650262 |
| 05/05/2008 05/31/2008 | 79495 | | | | | | | 5650946 |
| 05/05/2008 05/31/2008 | 79495 | | | | | | | 5650947 |
| 05/12/2008 05/31/2008 | 79920 | | | | | | | 5656526 |
| 05/12/2008 05/31/2008 | 79495 | | | | | | | 5656956 |
| 05/12/2008 05/31/2008 | 79495 | | | | | | | 5656957 |

EXHIBIT

tabbies

C

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/16/2008 | 09994 | | | | | | | 5661487 |
| 05/31/2008 | | | | | | | | |
| 06/30/2008 | 09994 | | | | | | | 5699479 |
| 07/31/2008 | | | | | | | | |
| 07/18/2008 | 09994 | | | | | | | 5717241 |
| 07/31/2008 | | | | | | | | |
| 07/22/2008 | 02684 | | | | | | | 5721217 |
| 07/31/2008 | | | | | | | | |
| 07/29/2008 | 02684 | | | | | | | 5726124 |
| 08/31/2008 | | | | | | | | |
| 07/29/2008 | 79495 | | | | | | | 5726588 |
| 08/31/2008 | | | | | | | | |
| 07/29/2008 | 79495 | | | | | | | 5726589 |
| 08/31/2008 | | | | | | | | |
| 08/19/2008 | 79920 | | | | | | | 5746576 |
| 08/31/2008 | | | | | | | | |
| 09/05/2008 | 09994 | | | | | | | 5775411 |
| 10/31/2008 | | | | | | | | |
| 09/08/2008 | 02684 | | | | | | | 5760200 |
| 10/31/2008 | | | | | | | | |
| 09/10/2008 | 79920 | | | | | | | 5763438 |
| 10/31/2008 | | | | | | | | |
| 09/25/2008 | 79648 | Phelps Dunbar Jackson Copy | pho | 449.00 | 0.25 | 112.25 | Photocopies Internal | 5777021 |
| 10/31/2008 | | Invoice=707756 | | 449.00 | 0.25 | -112.25 | | |
| 09/25/2008 | 02419 | Jennifer L. Pickett | pho | 39.00 | 0.25 | 9.75 | Photocopies Internal | 5777022 |
| 10/31/2008 | | Invoice=707756 | | 39.00 | 0.25 | 9.75 | | |
| 09/25/2008 | 79647 | Alanda Jones | pho | 35.00 | 0.25 | 8.75 | Photocopies Internal | 5777023 |
| 10/31/2008 | | Invoice=707756 | | 35.00 | 0.25 | 8.75 | | |
| 09/25/2008 | 02684 | Justin L. Matheny | pho | 20.00 | 0.25 | 5.00 | Photocopies Internal | 5788234 |
| 10/31/2008 | | Invoice=707756 | | 20.00 | 0.25 | 5.00 | | |
| 09/26/2008 | 02684 | | | | | | | 5781415 |
| 10/31/2008 | | | | | | | | |
| 09/29/2008 | 02684 | | | | | | | 5781416 |
| 10/31/2008 | | | | | | | | |
| 10/24/2008 | 02684 | | | | | | | 5803751 |
| 10/31/2008 | | | | | | | | |
| 10/31/2008 | 00253 | | | | | | | 5808821 |
| 10/31/2008 | | | | | | | | |
| 11/10/2008 | 01952 | | | | | | | 5817137 |
| 11/30/2008 | | | | | | | | |
| 11/10/2008 | 00000 | | | | | | | 5825861 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/30/2008 | | | | | | | | |
| 11/11/2008 | 79688 | | | | | | | 5818962 |
| 11/30/2008 | | | | | | | | |
| 11/11/2008 | 00000 | | | | | | | 5825862 |
| 11/30/2008 | | | | | | | | |
| 11/12/2008 | 02684 | | | | | | | 5820362 |
| 11/30/2008 | | | | | | | | |
| 11/12/2008 | 02684 | | | | | | | 5825863 |
| 11/30/2008 | | | | | | | | |
| 11/12/2008 | 00000 | | | | | | | 5825864 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 02684 | | | | | | | 5823768 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 01939 | | | | | | | 5823769 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 02684 | | | | | | | 5825865 |
| 11/30/2008 | | | | | | | | |
| 11/17/2008 | 00000 | | | | | | | 5825866 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 01939 | | | | | | | 5825012 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79688 | | | | | | | 5825013 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79688 | | | | | | | 5825014 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 02419 | | | | | | | 5825015 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79688 | | | | | | | 5825016 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79920 | | | | | | | 5825017 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 02419 | | | | | | | 5825018 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79495 | | | | | | | 5825510 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79495 | | | | | | | 5825511 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79495 | | | | | | | 5825512 |
| 11/30/2008 | | | | | | | | |
| 11/18/2008 | 79495 | | | | | | | 5825513 |
| 11/30/2008 | | | | | | | | |
| 11/19/2008 | 02684 | | | | | | | 5826553 |
| 11/30/2008 | | | | | | | | |
| 11/20/2008 | 00253 | | | | | | | 5831531 |
| 11/30/2008 | | | | | | | | |
| 11/20/2008 | 00253 | | | | | | | 5831532 |
| 11/30/2008 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/20/2008 11/30/2008 | 00253 | | | | | | | 5831533 |
| 11/20/2008 11/30/2008 | 00253 | | | | | | | 5831534 |
| 11/24/2008 11/30/2008 | 02419 | | | | | | | 5830129 |
| 12/01/2008 12/31/2008 | 79920 | | | | | | | 5834946 |
| 12/01/2008 12/31/2008 | 02684 | | | | | | | 5834947 |
| 12/02/2008 12/31/2008 | 02684 | | | | | | | 5835969 |
| 12/02/2008 12/31/2008 | 01952 | Felicia S. Wilson Invoice=714331 | pho | 76.00 76.00 | 0.25 0.25 | 19.00 19.00 | Photocopies Internal | 5835970 |
| 12/03/2008 12/31/2008 | 79688 | | | | | | | 5838047 |
| 12/03/2008 12/31/2008 | 02419 | | | | | | | 5838048 |
| 12/03/2008 12/31/2008 | 02419 | | | | | | | 5838049 |
| 12/03/2008 12/31/2008 | 02419 | | | | | | | 5838050 |
| 12/03/2008 12/31/2008 | 00000 | | | | | | | 5841823 |
| 12/04/2008 12/31/2008 | 02684 | | | | | | | 5848237 |
| 12/05/2008 12/31/2008 | 02419 | Jennifer L. Pickett Invoice=714331 | pho | 18.00 18.00 | 0.25 0.25 | 4.50 4.50 | Photocopies Internal | 5840730 |
| 12/07/2008 12/31/2008 | 00253 | | | | | | | 5850403 |
| 12/07/2008 12/31/2008 | 00253 | | | | | | | 5850404 |
| 12/07/2008 12/31/2008 | 00253 | | | | | | | 5850405 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/07/2008 | 00253 | | | | | | | 5850407 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850408 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850409 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850410 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850411 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850412 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00253 | | | | | | | 5850413 |
| 12/31/2008 | | | | | | | | |
| 12/07/2008 | 00000 | | | | | | | 5852490 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 02419 | | | | | | | 5842668 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 03203 | | | | | | | 5848252 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 00253 | | | | | | | 5850406 |
| 12/31/2008 | | | | | | | | |
| 12/08/2008 | 02684 | | | | | | | 5852491 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 02419 | | | | | | | 5843827 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 02419 | | | | | | | 5843828 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 02684 | | | | | | | 5852492 |
| 12/31/2008 | | | | | | | | |
| 12/09/2008 | 09994 | | | | | | | 5860135 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/31/2009 | | | | | | | | |
| 12/10/2008 | 00000 | | | | | | | 5852493 |
| 12/31/2008 | | | | | | | | |
| 12/11/2008 | 09994 | | | | | | | 5845746 |
| 12/31/2008 | | | | | | | | |
| 12/15/2008 | 02419 | | | | | | | 5848705 |
| 12/31/2008 | | | | | | | | |
| 12/15/2008 | 00253 | | | | | | | 5848706 |
| 12/31/2008 | | | | | | | | |
| 12/16/2008 | 02419 | Jennifer L. Pickett | pho | 2.00 | 0.25 | 0.50 | Photocopies Internal | 5849721 |
| 12/31/2008 | | Invoice=714331 | | 2.00 | 0.25 | 0.50 | | |
| 12/17/2008 | 0025 | | | | | | | 5850761 |
| 12/31/2008 | | | | | | | | |
| 12/17/2008 | 0241 | Jennifer L. Pickett | pho | 127.00 | 0.25 | 31.75 | Photocopies Internal | 5850762 |
| 12/31/2008 | | Invoice=714331 | | 127.00 | 0.25 | 31.75 | | |
| 12/17/2008 | 7964 | Alanda Jones | pho | 441.00 | 0.25 | 110.25 | Photocopies Internal | 5850763 |
| 12/31/2008 | | Invoice=714331 | | 441.00 | 0.25 | 110.25 | | |
| 12/18/2008 | 02419 | | | | | | | 5850470 |
| 12/31/2008 | | | | | | | | |
| 12/18/2008 | 02684 | | | | | | | 5867048 |
| 01/31/2009 | | | | | | | | |
| 12/19/2008 | 00253 | | | | | | | 5851495 |
| 12/31/2008 | | | | | | | | |
| 12/19/2008 | 02684 | | | | | | | 5853210 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 00253 | | | | | | | 5853324 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 79920 | | | | | | | 5854264 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 79495 | | | | | | | 5854708 |
| 12/31/2008 | | | | | | | | |
| 12/22/2008 | 79495 | | | | | | | 5854709 |
| 12/31/2008 | | | | | | | | |
| 12/23/2008 | 01939 | | | | | | | 5855135 |
| 12/31/2008 | | | | | | | | |
| 12/29/2008 | 00253 | | | | | | | 5856824 |
| 12/31/2008 | | | | | | | | |
| 01/03/2009 | 00000 | | | | | | | 5866395 |
| 01/31/2009 | | | | | | | | |
| 01/05/2009 | 00253 | | | | | | | 5860583 |
| 01/31/2009 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/05/2009 | 00000 | Default attorney | rsr | 12.53 | 2.50 | 31.33 | Westlaw Research Database Charge | 5866396 |
| 01/31/2009 | | | | | | | | |
| 01/06/2009 | 00253 | | | | | | | 5861813 |
| 01/31/2009 | | | | | | | | |
| 01/08/2009 | 02419 | | | | | | | 5863833 |
| 01/31/2009 | | | | | | | | |
| 01/08/2009 | 79647 | Alanda Jones | pho | 312.00 | 0.25 | 78.00 | Photocopies Internal | 5863834 |
| 01/31/2009 | | Invoice=717919 | | 312.00 | 0.10 | 31.20 | | |
| 01/08/2009 | 02684 | Justin L. Matheny | pho | 1.00 | 0.25 | 0.25 | Photocopies Internal | 5863835 |
| 01/31/2009 | | Invoice=717919 | | 1.00 | 0.10 | 0.10 | | |
| 01/08/2009 | 02684 | Justin L. Matheny | pho | 1.00 | 0.25 | 0.25 | Photocopies Internal | 5863836 |
| 01/31/2009 | | Invoice=717919 | | 1.00 | 0.10 | 0.10 | | |
| 01/08/2009 | 02419 | | | | | | | 5866397 |
| 01/31/2009 | | | | | | | | |
| 01/09/2009 | 09994 | | | | | | | 5864710 |
| 01/31/2009 | | | | | | | | |
| 01/09/2009 | 00000 | | | | | | | 5866398 |
| 01/31/2009 | | | | | | | | |
| 01/09/2009 | 02684 | | | | | | | 5867049 |
| 01/31/2009 | | | | | | | | |
| 01/11/2009 | 00000 | | | | | | | 5876292 |
| 01/31/2009 | | | | | | | | |
| 01/12/2009 | 00000 | | | | | | | 5876293 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 00253 | | | | | | | 5867733 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 02684 | | | | | | | 5868702 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 02419 | | | | | | | 5868703 |
| 01/31/2009 | | | | | | | | |
| 01/13/2009 | 01952 | | | | | | | 5868704 |
| 01/31/2009 | | | | | | | | |
| 01/14/2009 | 02684 | | | | | | | 5869180 |
| 01/31/2009 | | | | | | | | |
| 01/14/2009 | 02419 | | | | | | | 5870730 |
| 01/31/2009 | | | | | | | | |
| 01/14/2009 | 00000 | | | | | | | 5876294 |
| 01/31/2009 | | | | | | | | |
| 01/15/2009 | 79920 | | | | | | | 5871523 |
| 01/31/2009 | | | | | | | | |
| 01/15/2009 | 00000 | | | | | | | 5876295 |
| 01/31/2009 | | | | | | | | |
| 01/16/2009 | 03203 | | | | | | | 5872131 |
| 01/31/2009 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/16/2009 01/31/2009 | 00253 | | | | | | | 5872132 |
| 01/20/2009 01/31/2009 | 00000 | | | | | | | 5876296 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880806 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880807 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880811 |
| 01/20/2009 01/31/2009 | 00253 | | | | | | | 5880812 |
| 01/21/2009 01/31/2009 | 00253 | | | | | | | 5880808 |
| 01/21/2009 01/31/2009 | 00253 | | | | | | | 5880809 |
| 01/21/2009 01/31/2009 | 00253 | | | | | | | 5880810 |
| 01/21/2009 02/27/2009 | 00000 | | | | | | | 5882198 |
| 01/22/2009 01/31/2009 | 79920 | | | | | | | 5876822 |
| 01/22/2009 01/31/2009 | 01939 | | | | | | | 5876823 |
| 01/22/2009 02/27/2009 | 00000 | | | | | | | 5882199 |
| 01/26/2009 02/27/2009 | 02684 | | | | | | | 5877541 |
| 01/26/2009 02/27/2009 | 01952 | | | | | | | 5879263 |
| 01/26/2009 02/27/2009 | 01952 | | | | | | | 5879264 |
| 01/26/2009 | 00253 | | | | | | | 5880805 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/27/2009 | | | | | | | | |
| | | | | | | | | |
| 02/02/2009 | 02419 | | | | | | | 5885794 |
| 02/27/2009 | | | | | | | | |
| 02/05/2009 | 00253 | | | | | | | 5888606 |
| 02/27/2009 | | | | | | | | |
| 02/06/2009 | 00000 | | | | | | | 5892749 |
| 02/27/2009 | | | | | | | | |
| 02/08/2009 | 00253 | | | | | | | 5899962 |
| 02/27/2009 | | | | | | | | |
| 02/09/2009 | 00253 | | | | | | | 5899963 |
| 02/27/2009 | | | | | | | | |
| 02/10/2009 | 00253 | | | | | | | 5899964 |
| 02/27/2009 | | | | | | | | |
| 02/10/2009 | 00253 | | | | | | | 5899965 |
| 02/27/2009 | | | | | | | | |
| 02/10/2009 | 00253 | | | | | | | 5899968 |
| 02/27/2009 | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899961 |
| 02/27/2009 | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899966 |
| 02/27/2009 | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899969 |
| 02/27/2009 | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899970 |
| 02/27/2009 | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899971 |
| 02/27/2009 | | | | | | | | |
| 02/11/2009 | 00253 | | | | | | | 5899972 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/27/2009 | | | | | | | | |
| 02/12/2009 | 00253 | | | | | | | 5899967 |
| 02/27/2009 | | | | | | | | |
| 02/13/2009 | 09994 | | | | | | | 5897103 |
| 02/27/2009 | | | | | | | | |
| 02/13/2009 | 02684 | | | | | | | 5897553 |
| 02/27/2009 | | | | | | | | |
| 02/16/2009 | 02684 | Justin L. Matheny | pho | 10.00 | 0.25 | 2.50 | Photocopies Internal | 5898643 |
| 02/27/2009 | | Invoice=721051 | | 10.00 | 0.10 | 1.00 | | |
| 02/19/2009 | 00253 | | | | | | | 5901031 |
| 02/27/2009 | | | | | | | | |
| 02/19/2009 | 00253 | | | | | | | 5901046 |
| 02/27/2009 | | | | | | | | |
| 02/19/2009 | 02419 | | | | | | | 5902249 |
| 02/27/2009 | | | | | | | | |
| 02/25/2009 | 02419 | | | | | | | 5905385 |
| 02/27/2009 | | | | | | | | |
| 02/28/2009 | 00000 | | | | | | | 5908840 |
| 03/30/2009 | | | | | | | | |
| 03/01/2009 | 00000 | | | | | | | 5914911 |
| 03/30/2009 | | | | | | | | |
| 03/02/2009 | 00000 | | | | | | | 5914912 |
| 03/30/2009 | | | | | | | | |
| 03/06/2009 | 03203 | | | | | | | 5913599 |
| 03/30/2009 | | | | | | | | |
| 03/08/2009 | 00000 | | | | | | | 5923323 |
| 03/30/2009 | | | | | | | | |
| 03/09/2009 | 00000 | | | | | | | 5923324 |
| 03/30/2009 | | | | | | | | |
| 03/10/2009 | 01952 | | | | | | | 5916788 |
| 03/30/2009 | | | | | | | | |
| 03/12/2009 | 00253 | | | | | | | 5919261 |
| 03/30/2009 | | | | | | | | |
| 03/16/2009 | 01929 | | | | | | | 5921316 |
| 03/30/2009 | | | | | | | | |
| 03/17/2009 | 09994 | | | | | | | 5921972 |
| 03/30/2009 | | | | | | | | |
| 03/17/2009 | 02684 | | | | | | | 5925512 |
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928419 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928420 |
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928421 |
| 03/30/2009 | | | | | | | | |
| 03/24/2009 | 00253 | | | | | | | 5928422 |
| 03/30/2009 | | | | | | | | |
| 03/25/2009 | 02419 | | | | | | | 5927612 |
| 03/30/2009 | | | | | | | | |
| 03/25/2009 | 00000 | | | | | | | 5929847 |
| 04/30/2009 | | | | | | | | |
| 03/26/2009 | 02419 | | | | | | | 5928603 |
| 04/30/2009 | | | | | | | | |
| 03/26/2009 | 79495 | | | | | | | 5928853 |
| 04/30/2009 | | | | | | | | |
| 03/27/2009 | 00000 | | | | | | | 5929848 |
| 04/30/2009 | | | | | | | | |
| 04/02/2009 | 79495 | | | | | | | 5936398 |
| 04/30/2009 | | | | | | | | |
| 04/07/2009 | 00000 | | | | | | | 5948403 |
| 04/30/2009 | | | | | | | | |
| 04/13/2009 | 09994 | | | | | | | 5945738 |
| 04/30/2009 | | | | | | | | |
| 04/14/2009 | 00253 | | | | | | | 5946025 |
| 04/30/2009 | | | | | | | | |
| 04/14/2009 | 00000 | | | | | | | 5952030 |
| 04/30/2009 | | | | | | | | |
| 04/17/2009 | 09994 | | | | | | | 5949826 |
| 04/30/2009 | | | | | | | | |
| 04/20/2009 | 00000 | | | | | | | 5957721 |
| 04/30/2009 | | | | | | | | |
| 04/30/2009 | 02684 | | | | | | | 5962662 |
| 05/28/2009 | | | | | | | | |
| 05/04/2009 | 02684 | | | | | | | 5973745 |
| 05/28/2009 | | | | | | | | |
| 05/18/2009 | 09994 | | | | | | | 5978184 |
| 05/28/2009 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 06/02/2009 06/30/2009 | 00000 | | | | | | | 5998994 |
| 06/03/2009 06/30/2009 | 00000 | | | | | | | 5998995 |
| 06/04/2009 06/30/2009 | 02684 | | | | | | | 5998996 |
| 06/04/2009 06/30/2009 | 00000 | | | | | | | 5998997 |
| 06/05/2009 06/30/2009 | 01939 | | | | | | | 5996766 |
| 06/05/2009 06/30/2009 | 00000 | | | | | | | 5998998 |
| 06/08/2009 06/30/2009 | 02684 | | | | | | | 6006970 |
| 06/10/2009 06/30/2009 | 79920 | | | | | | | 6000983 |
| 06/10/2009 06/30/2009 | 02684 | | | | | | | 6006971 |
| 06/17/2009 06/30/2009 | 09994 | | | | | | | 6005390 |
| 06/23/2009 06/30/2009 | 79920 | | | | | | | 6012685 |
| 07/15/2009 07/31/2009 | 09994 | | | | | | | 6034810 |
| 07/15/2009 07/31/2009 | 02684 | | | | | | | 6041415 |
| 07/17/2009 07/31/2009 | 02684 | | | | | | | 6036733 |
| 08/28/2009 09/30/2009 | 02684 | | | | | | | 6076765 |
| 09/16/2009 09/30/2009 | 09994 | | | | | | | 6098449 |
| 10/16/2009 10/30/2009 | 02684 | | | | | | | 6124146 |
| 10/19/2009 10/30/2009 | 02684 | | | | | | | 6143221 |
| 10/19/2009 10/30/2009 | 00000 | | | | | | | 6143222 |
| 11/02/2009 11/30/2009 | 01952 | | | | | | | 6148715 |
| 11/02/2009 11/30/2009 | 01952 | | | | | | | 6148716 |
| 11/02/2009 11/30/2009 | 01952 | | | | | | | 6149965 |
| 11/02/2009 11/30/2009 | 01952 | | | | | | | 6149966 |
| 11/02/2009 11/30/2009 | 01952 | | | | | | | 6149967 |
| 11/02/2009 11/30/2009 | 01952 | | | | | | | 6149968 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 11/03/2009 11/30/2009 | 00253 | | | | | | | 6168457 |
| 11/03/2009 11/30/2009 | 00253 | | | | | | | 6168458 |
| 11/03/2009 11/30/2009 | 00253 | | | | | | | 6168459 |
| 11/03/2009 11/30/2009 | 00253 | | | | | | | 6168460 |
| 11/05/2009 11/30/2009 | 02753 | | | | | | | 6157387 |
| 11/05/2009 11/30/2009 | 02876 | | | | | | | 6157388 |
| 11/23/2009 11/30/2009 | 09994 | | | | | | | 6172753 |
| 11/23/2009 11/30/2009 | 01952 | | | | | | | 6173979 |
| 12/01/2009 12/31/2009 | 02684 | | | | | | | 6183947 |
| 12/08/2009 12/31/2009 | 02684 | | | | | | | 6187680 |
| 12/08/2009 12/31/2009 | 02684 | | | | | | | 6191770 |
| 12/10/2009 12/31/2009 | 09994 | | | | | | | 6189847 |
| 12/10/2009 12/31/2009 | 79920 | | | | | | | 6192311 |
| 12/10/2009 12/31/2009 | 79920 | | | | | | | 6192878 |
| 12/11/2009 12/31/2009 | 01952 | | | | | | | 6191397 |
| 12/11/2009 12/31/2009 | 01952 | | | | | | | 6191398 |
| 12/14/2009 12/31/2009 | 02684 | | | | | | | 6200620 |
| 12/15/2009 12/31/2009 | 02684 | | | | | | | 6200621 |
| 12/18/2009 12/31/2009 | 01929 | | | | | | | 6199410 |
| 12/18/2009 12/31/2009 | 01952 | | | | | | | 6199411 |
| 12/18/2009 12/31/2009 | 01952 | | | | | | | 6200006 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/21/2009 | 00000 | | | | | | | 6206152 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 79688 | | | | | | | 6202355 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 01929 | Velvet G. Johnson | dgs | 3.00 | 0.15 | 0.45 | Digital Scans | 6202835 |
| 12/31/2009 | | Invoice=753193 | | 3.00 | 0.15 | 0.45 | | |
| 12/22/2009 | 02827 | | | | | | | 6204188 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 03203 | | | | | | | 6206153 |
| 12/31/2009 | | | | | | | | |
| 12/22/2009 | 00000 | | | | | | | 6206154 |
| 12/31/2009 | | | | | | | | |
| 12/23/2009 | 01929 | Velvet G. Johnson | pho | 141.00 | 0.25 | 35.25 | Photocopies Internal | 6203455 |
| 12/31/2009 | | Invoice=753193 | | 141.00 | 0.10 | 14.10 | | |
| 12/28/2009 | 79920 | Tracey B. Ezell | pho | 508.00 | 0.25 | 127.00 | Photocopies Internal | 6204431 |
| 01/27/2010 | | Invoice=755091 | | 508.00 | 0.10 | 50.80 | | |
| 12/29/2009 | 79688 | | | | | | | 6205436 |
| 01/27/2010 | | | | | | | | |
| 12/29/2009 | 79920 | Tracey B. Ezell | pho | 58.00 | 0.25 | 14.50 | Photocopies Internal | 6205437 |
| 01/27/2010 | | Invoice=755091 | | 58.00 | 0.10 | 5.80 | | |
| 12/29/2009 | 79555 | Shannon S. King | pho | 105.00 | 0.25 | 26.25 | Photocopies Internal | 6205438 |
| 01/27/2010 | | Invoice=755091 | | 105.00 | 0.10 | 10.50 | | |
| 12/29/2009 | 79920 | Tracey B. Ezell | pho | 15.00 | 0.25 | 3.75 | Photocopies Internal | 6205439 |
| 01/27/2010 | | Invoice=755091 | | 15.00 | 0.10 | 1.50 | | |
| 12/29/2009 | 79920 | Tracey B. Ezell | pho | 469.00 | 0.25 | 117.25 | Photocopies Internal | 6205440 |
| 01/27/2010 | | Invoice=755091 | | 469.00 | 0.10 | 46.90 | | |
| 12/29/2009 | 02684 | Justin L. Matheny | pho | 1.00 | 0.25 | 0.25 | Photocopies Internal | 6205441 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 12/30/2009 | 01929 | | | | | | | 6206418 |
| 01/27/2010 | | | | | | | | |
| 12/30/2009 | 01952 | Felicia S. Wilson | pho | 363.00 | 0.25 | 90.75 | Photocopies Internal | 6206419 |
| 01/27/2010 | | Invoice=755091 | | 363.00 | 0.10 | 36.30 | | |
| 12/30/2009 | 09994 | PD- JO costs | phc | 93.00 | 0.50 | 46.50 | Photocopies Standard Color | 6207043 |
| 01/27/2010 | | Invoice=755091 | | 93.00 | 0.50 | 46.50 | | |
| 12/31/2009 | 09994 | PD- JO costs | phc | 155.00 | 0.50 | 77.50 | Photocopies Standard Color | 6207048 |
| 01/27/2010 | | Invoice=755091 | | 155.00 | 0.50 | 77.50 | | |
| 12/31/2009 | 03203 | | | | | | | 6207732 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 03203 | | | | | | | 6207733 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 03203 | | | | | | | 6207734 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 00000 | | | | | | | 6207735 |
| 01/27/2010 | | | | | | | | |
| 12/31/2009 | 00000 | | | | | | | 6207736 |
| 01/27/2010 | | | | | | | | |
| 01/03/2010 | 02684 | | | | | | | 6217552 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost index |
|---|---|---|---|---|---|---|---|---|
| 01/03/2010 | 03203 | | | | | | | 6217553 |
| 01/27/2010 | | | | | | | | |
| 01/04/2010 | 02876 | Cindy K. Logan | dgl | 30.00 | 0.15 | 4.50 | Digital Images | 6211460 |
| 01/27/2010 | | Invoice=755091 | | 30.00 | 0.10 | 3.00 | | |
| 01/04/2010 | 02684 | | | | | | | 6211461 |
| 01/27/2010 | | | | | | | | |
| 01/04/2010 | 02684 | | | | | | | 6211462 |
| 01/27/2010 | | | | | | | | |
| 01/04/2010 | 01952 | Felicia S. Wilson | pho | 3.00 | 0.25 | 0.75 | Photocopies Internal | 6211463 |
| 01/27/2010 | | Invoice=755091 | | 3.00 | 0.10 | 0.30 | | |
| 01/04/2010 | 02876 | Cindy K. Logan | pho | 39.00 | 0.25 | 9.75 | Photocopies Internal | 6211464 |
| 01/27/2010 | | Invoice=755091 | | 39.00 | 0.10 | 3.90 | | |
| 01/04/2010 | 02876 | Cindy K. Logan | pho | 39.00 | 0.25 | 9.75 | Photocopies Internal | 6211465 |
| 01/27/2010 | | Invoice=755091 | | 39.00 | 0.10 | 3.90 | | |
| 01/04/2010 | 02876 | Cindy K. Logan | pho | 24.00 | 0.25 | 6.00 | Photocopies Internal | 6211466 |
| 01/27/2010 | | Invoice=755091 | | 24.00 | 0.10 | 2.40 | | |
| 01/04/2010 | 79920 | Tracey B. Ezell | pho | 79.00 | 0.25 | 19.75 | Photocopies Internal | 6211467 |
| 01/27/2010 | | Invoice=755091 | | 79.00 | 0.10 | 7.90 | | |
| 01/04/2010 | 02684 | | | | | | | 6217554 |
| 01/27/2010 | | | | | | | | |
| 01/04/2010 | 03203 | | | | | | | 6217555 |
| 01/27/2010 | | | | | | | | |
| 01/05/2010 | 01952 | Felicia S. Wilson | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6210373 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/05/2010 | 02601 | | | | | | | 6210374 |
| 01/27/2010 | | | | | | | | |
| 01/05/2010 | 02601 | | | | | | | 6210375 |
| 01/27/2010 | | | | | | | | |
| 01/05/2010 | 02601 | | | | | | | 6210376 |
| 01/27/2010 | | | | | | | | |
| 01/05/2010 | 02601 | | | | | | | 6210377 |
| 01/27/2010 | | | | | | | | |
| 01/05/2010 | 02684 | | | | | | | 6210378 |
| 01/27/2010 | | | | | | | | |
| 01/05/2010 | 02876 | Cindy K. Logan | pho | 18.00 | 0.25 | 4.50 | Photocopies Internal | 6210379 |
| 01/27/2010 | | Invoice=755091 | | 18.00 | 0.10 | 1.80 | | |
| 01/05/2010 | 02876 | Cindy K. Logan | pho | 18.00 | 0.25 | 4.50 | Photocopies Internal | 6210380 |
| 01/27/2010 | | Invoice=755091 | | 18.00 | 0.10 | 1.80 | | |
| 01/05/2010 | 03203 | | | | | | | 6217556 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 03203 | | | | | | | 6208770 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 03203 | | | | | | | 6208771 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 02684 | Justin L. Matheny | pho | 3.00 | 0.25 | 0.75 | Photocopies Internal | 6208772 |
| 01/27/2010 | | Invoice=755091 | | 3.00 | 0.10 | 0.30 | | |
| 01/06/2010 | 01952 | | | | | | | 6209338 |
| 01/27/2010 | | | | | | | | |
| 01/06/2010 | 09994 | PD- JO costs | pho | 110.00 | 0.25 | 27.50 | Photocopies Internal | 6216790 |
| 01/27/2010 | | Invoice=755091 | | 110.00 | 0.10 | 11.00 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/06/2010 01/27/2010 | 00253 | | | 1.00 | 1,666.00 | 1,666.00 | Room Rate, Ross E. Bass, Jr. Hotel Room | 6230127 |
| 01/06/2010 01/27/2010 | 00253 | | | | | | | 6230128 |
| 01/06/2010 01/27/2010 | 00253 | | | | | | | 6230138 |
| 01/06/2010 01/27/2010 | 00253 | | | | | | | 6230142 |
| 01/06/2010 01/27/2010 | 00253 | | | | | | | 6230143 |
| 01/06/2010 01/27/2010 | 00253 | | | | | | | 6230144 |
| 01/06/2010 01/27/2010 | 00253 | | | | | | | 6230145 |
| 01/07/2010 01/27/2010 | 02601 | | | | | | | 6212299 |
| 01/07/2010 01/27/2010 | 02684 | | | | | | | 6212300 |
| 01/07/2010 01/27/2010 | 79436 | | | | | | | 6212301 |
| 01/07/2010 01/27/2010 | 79920 | Tracey B. Ezell Invoice=755091 | pho | 72.00 72.00 | 0.25 0.10 | 18.00 7.20 | Photocopies Internal | 6212302 |
| 01/07/2010 01/27/2010 | 79807 | Aesha Qawiy Invoice=755091 | pho | 54.00 54.00 | 0.25 0.10 | 13.50 5.40 | Photocopies Internal | 6212303 |
| 01/07/2010 01/27/2010 | 79920 | | | | | | | 6212854 |
| 01/07/2010 01/27/2010 | 00253 | | | | | | | 6230129 |
| 01/07/2010 01/27/2010 | 00253 | | | | | | | 6230139 |
| 01/08/2010 01/27/2010 | 00253 | | | | | | | 6212079 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Paid: 101845 01/08/2010 | |
| 01/08/2010 | 03452 | Ann Busby | pho | 1.00 | 0.25 | 0.25 | Photocopies Internal | 6213521 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/08/2010 | 79636 | Annette Rhea | pho | 6.00 | 0.25 | 1.50 | Photocopies Internal | 6213522 |
| 01/27/2010 | | Invoice=755091 | | 6.00 | 0.10 | 0.60 | | |
| 01/08/2010 | 03452 | Ann Busby | pho | 1.00 | 0.25 | 0.25 | Photocopies Internal | 6213523 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/08/2010 | 79636 | Annette Rhea | pho | 180.00 | 0.25 | 45.00 | Photocopies Internal | 6213524 |
| 01/27/2010 | | Invoice=755091 | | 180.00 | 0.10 | 18.00 | | |
| 01/08/2010 | 03452 | Ann Busby | dgs | 75.00 | 0.15 | 11.25 | Digital Scans | 6214018 |
| 01/27/2010 | | Invoice=755091 | | 75.00 | 0.10 | 7.50 | | |
| 01/08/2010 | 02684 | | | | | | | 6226519 |
| 01/27/2010 | | | | | | | | |
| 01/08/2010 | 02684 | | | | | | | 6226520 |
| 01/27/2010 | | | | | | | | |
| 01/08/2010 | 02684 | | | | | | | 6226521 |
| 01/27/2010 | | | | | | | | |
| 01/08/2010 | 00253 | | | | | | | 6230130 |
| 01/27/2010 | | | | | | | | |
| 01/08/2010 | 00253 | | | | | | | 6230140 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | Justin L. Matheny | pho | 4.00 | 0.25 | 1.00 | Photocopies Internal | 6214351 |
| 01/27/2010 | | Invoice=755091 | | 4.00 | 0.10 | 0.40 | | |
| 01/09/2010 | 02684 | Justin L. Matheny | pho | 500.00 | 0.25 | 125.00 | Photocopies Internal | 6214352 |
| 01/27/2010 | | Invoice=755091 | | 500.00 | 0.10 | 50.00 | | |
| 01/09/2010 | 02684 | | | | | | | 6217557 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226532 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226533 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226534 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226535 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/09/2010 | 02684 | | | | | | | 6226536 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226537 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226538 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226539 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226540 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226541 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226542 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 02684 | | | | | | | 6226543 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 00253 | | | | | | | 6230131 |
| 01/27/2010 | | | | | | | | |
| 01/09/2010 | 00253 | | | | | | | 6230141 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 02684 | Justin L. Matheny | pho | 36.00 | 0.25 | 9.00 | Photocopies Internal | 6214368 |
| 01/27/2010 | | Invoice=755091 | | 36.00 | 0.10 | 3.60 | | |
| 01/10/2010 | 02684 | Justin L. Matheny | pho | 21.00 | 0.25 | 5.25 | Photocopies Internal | 6214369 |
| 01/27/2010 | | Invoice=755091 | | 21.00 | 0.10 | 2.10 | | |
| 01/10/2010 | 02684 | Justin L. Matheny | pho | 43.00 | 0.25 | 10.75 | Photocopies Internal | 6214370 |
| 01/27/2010 | | Invoice=755091 | | 43.00 | 0.10 | 4.30 | | |
| 01/10/2010 | 02684 | Justin L. Matheny | pho | 1.00 | 0.25 | 0.25 | Photocopies Internal | 6214371 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/10/2010 | 02684 | Justin L. Matheny | pho | 36.00 | 0.25 | 9.00 | Photocopies Internal | 6214372 |
| 01/27/2010 | | Invoice=755091 | | 36.00 | 0.10 | 3.60 | | |
| 01/10/2010 | 02684 | Justin L. Matheny | pho | 42.00 | 0.25 | 10.50 | Photocopies Internal | 6214373 |
| 01/27/2010 | | Invoice=755091 | | 42.00 | 0.10 | 4.20 | | |
| 01/10/2010 | 02684 | | | | | | | 6226522 |
| 01/27/2010 | | | | | | | | |
| 01/10/2010 | 00253 | | | | | | | 6230132 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 02684 | | | | | | | 6222215 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 03203 | | | | | | | 6222216 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 02684 | | | | | | | 6226523 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 02829 | | | | | | | 6226545 |
| 01/27/2010 | | | | | | | | |
| 01/11/2010 | 00253 | | | | | | | 6230133 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00253 | | | | | | | 6214894 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00253 | | | | | | | 6214895 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00000 | | | | | | | 6216348 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 02684 | Justin L. Matheny | pho | 3.00 | 0.25 | 0.75 | Photocopies Internal | 6216349 |
| 01/27/2010 | | Invoice=755091 | | 3.00 | 0.10 | 0.30 | | |
| 01/12/2010 | 79636 | | | | | | | 6216918 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 03203 | | | | | | | 6222217 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 02684 | | | | | | | 6226524 |
| 01/27/2010 | | | | | | | | |
| 01/12/2010 | 00253 | | | | | | | 6230134 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/13/2010 | 02827 | Debbie McDonald | pht | 1.00 | 12.50 | 12.50 | Outside Copy Services - - JP Morgan Chase - | 6216792 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 12.50 | 12.50 | Gulfport Petty Cash Certified Copy of file for | |
| | | | | | | | Velvet Johnson in Jackson office, Chancery | |
| | | | | | | | Court Clerk 1st District, inv# 28200, 12/22/09 | |
| | | Voucher=611388 Paid | | | | | Vendor=JP Morgan Chase - Gulfport Petty Cash  Balance= .00 | |
| | | | | | | | Amount= .00 | |
| | | | | | | | Paid:  PC28200 01/01/2010 | |
| | | | | | | | | |
| 01/13/2010 | 02827 | Debbie McDonald | pht | 1.00 | 73.00 | 73.00 | Outside Copy Services - - JP Morgan Chase - | 6216793 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 73.00 | 73.00 | Gulfport Petty Cash Certified copy of file, | |
| | | | | | | | Chancery Court Clerk 2nd District, inv# 28201, | |
| | | | | | | | 12/22/09 | |
| | | Voucher=611389 Paid | | | | | Vendor=JP Morgan Chase - Gulfport Petty Cash  Balance= .00 | |
| | | | | | | | Amount= .00 | |
| | | | | | | | Paid:  PC28201 01/01/2010 | |
| | | | | | | | | |
| 01/13/2010 | 03452 | Ann Busby | msc | 1.00 | 35.70 | 35.70 | Miscellaneous - - JP Morgan Chase - Gulfport | 6216794 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 35.70 | 35.70 | Petty Cash Mounting of trial exhibits, Huntoons | |
| | | | | | | | Inc., inv# 28204, 1/8/10 | |
| | | Voucher=611391 Paid | | | | | Vendor=JP Morgan Chase - Gulfport Petty Cash  Balance= .00 | |
| | | | | | | | Amount= .00 | |
| | | | | | | | Paid:  PC28204 01/08/2010 | |
| | | | | | | | | |
| 01/13/2010 | 79436 | | | | | | | 6218115 |
| 01/27/2010 | | | | | | | | |
| | | | | | | | | |
| 01/13/2010 | 79436 | | | | | | | 6218116 |
| 01/27/2010 | | | | | | | | |
| | | | | | | | | |
| 01/13/2010 | 02684 | | | | | | | 6226525 |
| 01/27/2010 | | | | | | | | |
| | | | | | | | | |
| 01/13/2010 | 02829 | | | | | | | 6226546 |
| 01/27/2010 | | | | | | | | |
| | | | | | | | | |
| 01/13/2010 | 00253 | | | | | | | 6230135 |
| 01/27/2010 | | | | | | | | |
| | | | | | | | | |
| 01/14/2010 | 09994 | | | | | | | 6219156 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 79436 | | | | | | | 6219709 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02684 | Justin L. Matheny | pho | 30.00 | 0.25 | 7.50 | Photocopies Internal | 6219710 |
| 01/27/2010 | | Invoice=755091 | | 30.00 | 0.10 | 3.00 | | |
| | | | | | | | | |
| 01/14/2010 | 79636 | | | | | | | 6220227 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02826 | | | | | | | 6222218 |
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02684 | | | | | | | 6226526 |
| 01/27/2010 | | | | | | | | |
| | | | | | | | | |
| 01/14/2010 | 02829 | | | | | | | 6226544 |
| 01/27/2010 | | | | | | | | |
| | | | | | | | | |
| 01/14/2010 | 00253 | | | | | | | 6230136 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/27/2010 | | | | | | | | |
| 01/14/2010 | 02829 | | | | | | | 6231888 |
| 01/15/2010 | 03452 | Ann Busby | pho | 327.00 | 0.25 | 81.75 | Photocopies Internal | 6220889 |
| 01/27/2010 | | Invoice=755091 | | 327.00 | 0.10 | 32.70 | | |
| 01/15/2010 | 79636 | Annette Rhea | pho | 114.00 | 0.25 | 28.50 | Photocopies Internal | 6220890 |
| 01/27/2010 | | Invoice=755091 | | 114.00 | 0.10 | 11.40 | | |
| 01/15/2010 | 02684 | | | | | | | 6228527 |
| 01/27/2010 | | | | | | | | |
| 01/15/2010 | 00253 | | | | | | | 6230137 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 02826 | | | | | | | 6222219 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 02826 | | | | | | | 6222220 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 00000 | | | | | | | 6222221 |
| 01/27/2010 | | | | | | | | |
| 01/16/2010 | 02684 | | | | | | | 6226528 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02684 | Justin L. Matheny | pho | 404.00 | 0.25 | 101.00 | Photocopies Internal | 6221787 |
| 01/27/2010 | | Invoice=755091 | | 404.00 | 0.10 | 40.40 | | |
| 01/17/2010 | 02684 | | | | | | | 6226529 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02829 | | | | | | | 6226547 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02826 | | | | | | | 6226909 |
| 01/27/2010 | | | | | | | | |
| 01/17/2010 | 02826 | | | | | | | 6226910 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221808 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | | | | | | | 6221809 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79638 | | | | | | | 6221810 |
| 01/27/2010 | | | | | | | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 5.00 | 0.15 | 0.75 | Digital Images | 6221811 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/27/2010 | | Invoice=755091 | | 5.00 | 0.10 | 0.50 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 3.00 | 0.15 | 0.45 | Digital Images | 6221812 |
| 01/27/2010 | | Invoice=755091 | | 3.00 | 0.10 | 0.30 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6221813 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6221814 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6221815 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 5.00 | 0.15 | 0.75 | Digital Images | 6221816 |
| 01/27/2010 | | Invoice=755091 | | 5.00 | 0.10 | 0.50 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 3.00 | 0.15 | 0.45 | Digital Images | 6221817 |
| 01/27/2010 | | Invoice=755091 | | 3.00 | 0.10 | 0.30 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 3.00 | 0.15 | 0.45 | Digital Images | 6221818 |
| 01/27/2010 | | Invoice=755091 | | 3.00 | 0.10 | 0.30 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6221819 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6221820 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/18/2010 | 79636 | Annette Rhea | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6221821 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/18/2010 | 79636 | Annette Rhea | pho | 144.00 | 0.25 | 36.00 | Photocopies Internal | 6221822 |
| 01/27/2010 | | Invoice=755091 | | 144.00 | 0.10 | 14.40 | | |
| 01/18/2010 | 02684 | Justin L. Matheny | pho | 122.00 | 0.25 | 30.50 | Photocopies Internal | 6221823 |
| 01/27/2010 | | Invoice=755091 | | 122.00 | 0.10 | 12.20 | | |
| 01/18/2010 | 02684 | | | | | | | 6226530 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 79636 | Annette Rhea | dgl | 6.00 | 0.15 | 0.90 | Digital Images | 6222886 |
| 01/27/2010 | | Invoice=755091 | | 6.00 | 0.10 | 0.60 | | |
| 01/19/2010 | 79636 | Annette Rhea | dgl | 1.00 | 0.15 | 0.15 | Digital Images | 6222887 |
| 01/27/2010 | | Invoice=755091 | | 1.00 | 0.10 | 0.10 | | |
| 01/19/2010 | 02684 | Justin L. Matheny | pho | 36.00 | 0.25 | 9.00 | Photocopies Internal | 6222888 |
| 01/27/2010 | | Invoice=755091 | | 36.00 | 0.10 | 3.60 | | |
| 01/19/2010 | 79636 | Annette Rhea | pho | 3.00 | 0.25 | 0.75 | Photocopies Internal | 6222889 |
| 01/27/2010 | | Invoice=755091 | | 3.00 | 0.10 | 0.30 | | |
| 01/19/2010 | 02684 | | | | | | | 6226531 |
| 01/27/2010 | | | | | | | | |
| 01/19/2010 | 02829 | | | | | | | 6226548 |
| 01/27/2010 | | | | | | | | |
| 01/20/2010 | 79636 | | | | | | | 6224719 |
| 01/27/2010 | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|  |  | BILLED TOTALS:    BILL: |  |  |  | 23,928.37 |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  | GRAND TOTAL:    WORK: |  |  |  | 27,810.17 | 426 records |  |
|  |  | GRAND TOTAL:    BILL: |  |  |  | 23,957.08 |  |  |

# CHOICE

### Professional Overnight Copy Service, Inc.

**INVOICE** 20204293

| SALESPERSON | INVOICE DATE |
|---|---|
| Jeff | 01/06/10 |

SHIP TO

TO
Phelps Dunbar-Mike Richmond
P.O. Box 23066
Jackson MS
39225-3066

| ACCT# | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 01/06/10 | | Net 30 | 17373.005 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 3984 | Digital Printing (Blowbacks) | 0.12 | 478.08 |
| 216 | Color Prints | 0.99 | 213.84 |
| 3 | CD Writing | 10.00 | 30.00 |
| 141 | Tabs-Index Tabs | 0.25 | 35.25 |
| 141 | Folders | 0.50 | 70.50 |
| 2 | Technical Labor (per hour) | 75.00 | 150.00 |
| | File Re-organization and File Renaming | | |
| 73 | Electronic Labeling | 1.00 | 73.00 |

*Bryant v. Prime (Trial Exhibits)*
*17373.5*

| | | |
|---|---|---|
| | Subtotal | 1,050.67 |
| | Sales Tax | 73.55 |
| | | 1,124.22 |

Please remit payment to:
CHOICE PROFESSIONAL OVERNIGHT COPY SERVICE, INC.
P.O. BOX 52900 · NEW ORLEANS, LA 70152 · (504) 355-5555
FED. TAX ID #72-1240581

## Thank You

TERMS: 1½ PER MONTH OR 18% PER ANNUM WILL BE ADDED IF ACCOUNT IS NOT PAID WITHIN 30 DAYS OF DUE DATE. PURCHASER AGREES TO PAY ALL COSTS OF COLLECTION INCLUDING REASONABLE ATTORNEY'S FEES.

# HUNTOONS INC.

3220 HEWES AVE.
GULFPORT, MISS. 39507-2994
## REPROGRAPHICS — DRAFTING SUPPLIES — MAPS & CHARTS
### TERMS DUE 15th NEXT MONTH - PAST DUE 25th

*FILE*                                      *10*

| Customer's Order No. | *17373-5* | | | Date | *1-8* | |
|---|---|---|---|---|---|---|

Name _*PHELPS   DUNBAR*_

Address _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---------|------|--------|--------|----------|-------------|----------|
|         |      |        |        |          |             |          |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 9 | BOND 60 sat | 1.20 | 01.60 |
| 9 | MOUNTS 60 sat 3 | | 204 / |
|   | (30×40) | | 285.60 |
|   | 679-1328 | *PAID* | |
|   | 679-1300 | | |
|   | 679-1130-FAX | *check* | |
|   | 679-1312 | 101045 | |
|   | 679  1131 | SALES TAX | 19.99 |
|   |   | TOTAL | 305.59 |

595

147072

All claims and returned goods **MUST** be accompanied by this bill.

REC'D BY _____

©2001, Moore North America. All Rights Reserved. · 0305

PHONE 228-863-0252    FAX 228-863-2167

# HUNTOONS INC.

3220 HEWES AVE.
GULFPORT, MISS. 39507-2994

**REPROGRAPHICS — DRAFTING SUPPLIES — MAPS & CHARTS**

**TERMS DUE 15th NEXT MONTH - PAST DUE 25th**

10

| Customer's Order No. | 17373-5 | | Date | 1-8 | 20 |
|---|---|---|---|---|---|

Name _____ PHELPS DUNBAR

Address _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | BOND 0.5 sqft | | 1.20 | 10.20 |
| | | | | |
| 1 | MOUNT 0.5 sqft | 3 | | 25.50 |
| | | | | |
| | | | | |
| | | | | 35.70 |
| | ANN 679-1328 | | | |
| | 679-1130 | | | |
| | FAX | | | |
| | PAID CASH 1312 | | | |
| | | SALES TAX | | 2.50 |
| | | TOTAL | | 38.20 |

146968

All claims and returned goods **MUST** be accompanied by this bill.

REC'D BY _____

©2001, Moore North America. All Rights Reserved. - 0305